ORIGINAL
FILED

07 AUG -1 PM 3: 22

RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DIST. OF CA S.J.

1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  HEATHER N. MEWES (CSB NO. 203690)
   hmewes@fenwick.com
3  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
4  JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
5  FENWICK & WEST LLP
   555 California Street
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile: (415) 281-1350

8  Attorneys for Plaintiffs
   O-Net Communications (Shenzhen) Limited, and
9  Multiwave Digital Solutions, Inc.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  O-Net Communications (Shenzhen)          Case No.:   C 07   03964 JCS
    Limited, and Multiwave Digital Solutions,
14  Inc.,                                     COMPLAINT FOR DECLARATORY
                                              JUDGMENT OF NON-INFRINGEMENT
15              Plaintiffs,                   AND INVALIDITY OF PATENTS

16  v.                                        (JURY TRIAL DEMANDED)

17  Oplink Communications, Inc.,

18              Defendant.

19

20

21         Plaintiffs O-Net Communications (Shenzhen) Limited ("O-Net Shenzhen") and

22  Multiwave Digital Solutions, Inc. ("Multiwave"), hereby allege for their Complaint against

23  defendant Oplink Communications, Inc. ("Oplink"), on knowledge as to their own activities and

24  on information and belief as to the activities of others, as follows:

25                          **NATURE OF ACTION**

26         1.      This action is based on the patent laws of the United States, Title 35 of the United

27  States Code. Defendant Oplink has asserted rights under four patents it purports to own, against

28  products made by plaintiff O-Net Shenzhen and sold by Multiwave. However, O-Net Shenzhen

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

COMPLAINT FOR DECLARATORY
JUDGMENT

1  and Multiwave contend that they have the right to engage in their respective activities without

2  needing a license under the Oplink patents.  Furthermore, although it has not been named in a law

3  suit, O-Net Shenzhen has a reasonable and serious apprehension of suit against it by Oplink,

4  given that Oplink appears to have accused products made by O-Net Shenzhen of infringement of

5  the four patents.  O-Net Shenzhen and Multiwave therefore seek a declaration that their respective

6  activities do not infringe four United States Patents, Nos. 6,067,178 ("the '178 patent"),

7  5,661,829 ("the '829 patent"), 6,215,919 ("the '191 patent"), and 6,084,994 ("the '994 patent"),

8  and/or that these patents are invalid.

9  **PARTIES**

10  2.      Plaintiff O-Net Shenzhen is a Chinese company with its principal place of business

11  at #10-1 South, Maqueling Industrial Park, Nanshan District in Shenzhen, China.  O-Net

12  Shenzhen is an Original Equipment Manufacturer and Original Design Manufacturer in the global

13  optical networking industry.

14  3.      Plaintiff Multiwave is a Texas corporation with its principal place of business

15  located at 43170 Christy Street in Fremont, California, which is within the Northern District of

16  California.  This is Multiwave's only office in California and serves in a sales representation role

17  for O-Net Shenzhen, but for no other "O-Net" entity.

18  4.      On information and belief, defendant Oplink is a corporation organized and

19  existing under the laws of the State of Delaware with its principal place of business at 46335

20  Landing Parkway in Fremont, California, which is within the Northern District of California.  On

21  information and belief, Oplink had previously located its principal place of business in San Jose,

22  California, which is also within the Northern District of California.

23  **JURISDICTION AND VENUE**

24  5.      This is a civil action regarding allegations of patent infringement arising under the

25  patent laws of the United States, Title 35 of the United States Code, in which plaintiffs O-Net

26  Shenzhen and Multiwave seek a declaratory judgment under the Declaratory Judgment Act.

27  Thus, this court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and

28  1338, 2201 and 2202.  This action includes a claim for declaratory judgment of patent non-

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    infringement and invalidity arising under the patent laws of the United States, Title 35 of the

2    United States Code.

3        6.    This Court has personal jurisdiction over Oplink because Oplink has its principal

4    place of business here in the Northern District of California, and systematically and continuously

5    conducts business within this district.

6        7.    Venue is proper in this court pursuant to 28 U.S.C. §§ 1391 and 1400.

7        8.    An actual controversy exists by virtue of defendant Oplink's assertion of rights

8    under the '178, '829, '919 and '994 patents against products that are made by O-Net Shenzhen

9    and are sold by Multiwave, and plaintiffs' respective contentions that each has the right to engage

10   in such activity without license. Additionally, O-Net Shenzhen has a reasonable and serious

11   apprehension of suit against it by Oplink.

## FACTUAL BACKGROUND

13       9.    Plaintiff O-Net Shenzhen is a leading supplier in the global optical networking

14   industry. O-Net Shenzhen designs, manufactures and markets a wide variety of passive, active,

15   integrated optics and crystal components as well as optical sub-systems.

16       10.   Upon information and belief, defendant Oplink is a provider of fiber optic products

17   and services for the telecommunications industry.

18       11.   The '178 patent is entitled, "Multiple Wavelength Divison Multiplexer with

19   Reduced Loss," and lists as its purported inventor, Yu Zheng of Sunnyvale, California. The '178

20   patent on its face states that it issued on May 23, 2000, and that the assignee is "Oplink

21   Communications, Inc., San Jose, Calif." A copy of the '178 patent is attached hereto as

22   Exhibit A.

23       12.   The '829 patent is entitled, "Optical Isolator," and lists as its purported inventor,

24   Yu Zheng of Sunnyvale, California. The '829 patent on its face states that it issued on August 26,

25   1997, and that the assignee is "Oplink Communications, Inc., San Jose, Calif." A copy of the

26   '829 patent is attached hereto as Exhibit B.

27       13.   The '919 patent is entitled, "Mechanical Optical Switching Device," and lists as its

28   purported inventors, Wei-Zhong Li of San Jose, and Qing Shao of Sunnyvale, California. The

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   '919 patent on its face states that it issued on April 10, 2001, and that the assignee is "Oplink

2   Communications, Inc., San Jose, CA (US)." A copy of the '919 patent is attached hereto as

3   Exhibit C.

4       14.    The '994 patent is entitled, "Tunable, Low Back-reflection Wavelength Division

5   Multiplexer," and lists as its purported inventors, Wei-Zhong Li of San Jose, Feng Liu of

6   Sunnyvale, and Haiguang Lu of San Jose, California. The '994 patent on its face states that it

7   issued on July 4, 2000, and that the assignee is "Oplink Communications, Inc., San Jose, Calif."

8   A copy of the '994 patent is attached hereto as Exhibit D.

9       15.    Oplink has asserted that all right, title and interest in the '178, '829, '919, and '994

10   patents have been assigned to Oplink.

### FIRST CAUSE OF ACTION

### Declaratory Judgment of Non-Infringement

13       16.    Plaintiffs incorporate by reference the allegations of paragraphs 1-15 above.

14       17.    Defendant Oplink contends that the '178, '829, '919, and '994 patents are valid

15   and that products imported, made, used, sold or offered for sale by plaintiffs infringe these

16   patents.

17       18.    Plaintiffs deny Oplink's contentions and allege that the '178, '829, '919, and '994

18   patents are invalid and not infringed.

19       19.    An actual controversy thus exists between plaintiffs and Oplink as to whether the

20   accused products infringe the '178, '829, '919, and '994 patents, and whether these patents are

21   valid.

22       20.    Accordingly, plaintiffs seek and are entitled to a judgment against Oplink that they

23   do not infringe and have not infringed, directly or indirectly, contributorily or by inducement, any

24   claim of the '178, '829, '919, and '994 patents.

### SECOND CAUSE OF ACTION

### Declaratory Judgment of Invalidity

27       21.    Plaintiffs incorporate by reference the allegations of paragraphs 1-20 above.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

COMPLAINT FOR DECLARATORY
JUDGMENT
    4

1    22.    Defendant Oplink contends that the '178, '829, '919, and '994 patents are valid

2  and that products imported, made, used, sold or offered for sale by plaintiffs infringe these

3  patents.

4    23.    Plaintiffs deny Oplink's contentions and allege that the '178, '829, '919, and '994

5  patents are not infringed.

6    24.    Plaintiffs furthermore allege that the '178, '829, '919, and '994 patents are not

7  valid for failure to meet at least one of the Conditions of Patentability specified in 35 U.S.C.

8  §§ 101, 102, 103 and 112, because the alleged invention thereof was not patentable subject

9  matter; or was used or known by others in this country or was patented or described by a

10  publication before its invention; or was patented or described in a publication or was in public use

11  or for sale more than one year before the date of the patent application; or was not invented by the

12  named inventors; or was invented by another prior to the alleged invention; or was taught by,

13  suggested by, and/or obvious in view of, the prior art; or is indefinite; or does not contain a proper

14  written description; or is not enabling; or does not disclose the best mode of the invention; and no

15  claim of the '178, '829, '919, and '994 patents can be validly construed to cover any products

16  imported, made, used, sold or offered for sale by plaintiffs.

17    25.    An actual controversy thus exists between plaintiffs and Oplink as to whether the

18  accused products infringe the '178, '829, '919, and '994 patents, and whether these patents are

19  valid.

20    26.    Accordingly, plaintiffs seek and are entitled to a judgment against Oplink that the

21  '178, '829, '919, and '994 patents are invalid.

22    **PRAYER FOR RELIEF**

23    WHEREFORE, plaintiffs pray for a declaratory judgment against Oplink as follows:

24    A.    Judgment against Oplink declaring that each claim of the '178, '829, '919 and

25  '994 patents is not infringed by plaintiffs;

26    B.    Judgment against Oplink declaring that each of the '178, '829, '919 and '994

27  patents is invalid;

28    C.    A declaration that plaintiffs' case against Oplink is an exceptional case within the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    meaning of 35 U.S.C. § 285;

2        D.    An award of costs and attorneys' fees to plaintiffs; and

3        E.    That the Court grant plaintiffs such other and further relief as the Court may deems

4    just and reasonable.

5    Dated: August 1, 2007                    FENWICK & WEST LLP

6

7                                    By: _____
                                            Darryl M. Woo
8

9                                    Attorney for Plaintiffs
                                    O-Net Communications (Shenzhen) Limited
10                                   and Multiwave Digital Solutions, Inc.

11

12                    **DEMAND FOR JURY TRIAL**

13        Plaintiffs hereby demand a trial by jury on all claims.

14   Dated: August 1, 2007                    FENWICK & WEST LLP

15

16                                   By: _____
                                            Darryl M. Woo
17

18                                   Attorney for Plaintiffs
                                    O-Net Communications (Shenzhen) Limited
19                                   and Multiwave Digital Solutions, Inc.

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

COMPLAINT FOR DECLARATORY                6
JUDGMENT

# Exhibit A



US006067178A

# United States Patent [19]

## Zheng

[11] **Patent Number:** **6,067,178**

[45] **Date of Patent:** **May 23, 2000**

[54] **MULTIPLE WAVELENGTH DIVISION MULTIPLEXER WITH REDUCED LOSS**

[75] Inventor: **Yu Zheng**, Sunnyvale, Calif.

[73] Assignee: **Oplink Communications, Inc.,** San Jose, Calif.

[21] Appl. No.: **08/931,434**

[22] Filed: **Sep. 16, 1997**

[51] Int. Cl.[7] ............................... **H04J 14/02**; G02B 1/10; G02B 5/28; G02B 6/28

[52] **U.S. Cl.** .......................... **359/124**; 359/125; 359/125; 359/584; 359/589; 385/24

[58] **Field of Search** ..................................... 359/124, 125, 359/584, 589; 385/24

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,642,448 | 6/1997 | Pan et al. | 385/31 |
| 5,796,502 | 8/1998 | Haller | 359/124 |
| 5,808,762 | 9/1998 | Vanoli et al. | 359/124 |
| 5,864,413 | 1/1999 | Feldman | 359/125 |

*Primary Examiner*—Jason Chan
*Assistant Examiner*—Mohammad Sedighian
*Attorney, Agent, or Firm*—Sawyer Law Group LLP

[57] **ABSTRACT**

A system and method for providing wavelength division multiplexer is disclosed. The wavelength division multiplexer is for separating an optical signal into a plurality of components. The wavelength division multiplexer includes a splitter and a plurality of isolators coupled to the splitter. The splitter is for separating the optical signal into a plurality of groups. Each group contains a portion of the plurality of components. The plurality of isolators correspond to the plurality of groups. Each of the plurality of isolators is for isolating each component of the corresponding group. In one embodiment, the splitter further includes a splitter input. In this embodiment, the wavelength division multiplexer further includes a filter coupled to the splitter input. The filter is for isolating one of the plurality of components.

**6 Claims, 2 Drawing Sheets**

100



**Exhibit A**

U.S. Patent          May 23, 2000          Sheet 1 of 2          6,067,178

<u>10</u>



FIG. 1

(PRIOR ART)

**U.S. Patent**       May 23, 2000       Sheet 2 of 2       **6,067,178**



# FIG. 2

Exhibit A

6,067,178

1

# MULTIPLE WAVELENGTH DIVISION MULTIPLEXER WITH REDUCED LOSS

## FIELD OF THE INVENTION

The present invention relates to optical technology and more particularly to a method and system for implementing a multiple wavelength division multiplexer which provides decreased transmission loss.

## BACKGROUND OF THE INVENTION

Optical technology offers the capability of transmitting a plurality of signals on a single fiber. As the use of optical technology increases, the number of signals transmitted on a signal fiber also increases. Currently, signals of four, eight, or sixteen different wavelengths are transmitted over a single fiber.

In order to transmit a large number of signals on a given cable, signals carried on a plurality wavelengths are multiplexed together for transmission. After the multiplexed, multi-channel signal reaches the destination, the signals are demultiplexed to access the information carried by a single channel. Conventional wavelength division multiplexers ("WDMs") are used to combine individual signals as well as separate a combination signal into individual wavelength signals.

To separate a combination signal into its components, conventional wavelength division multiplexers utilize a plurality filters cascaded in series to isolate each channel. Each filter passes light centered around a single wavelength. A filter is provided for each of the component wavelengths. The output of each filter is the signal from a single wavelength. Thus, the signal is separated into its components.

Although such conventional systems can separate a signal into its components, a high insertion loss results. In the context of this application, the insertion loss is the loss for a particular component due to reflections in and transmission through the filters in a WDM. Each filter has a transmission loss as well as a reflection loss associated with it. As a result, the first component separated from the signal has the lowest insertion loss. The insertion loss increases for components separated from the signal later. This loss is highest for the last component isolated. The additional insertion loss further degrades the output signal for each component.

Accordingly, what is needed is a system and method for reducing the transmission loss associated with conventional wavelength division multiplexers. The present invention addresses such a need.

## SUMMARY OF THE INVENTION

The present invention provides a method and system for providing wavelength division multiplexer. The wavelength division multiplexer is for separating an optical signal into a plurality of components. The wavelength division multiplexer comprises a splitter and a plurality of isolators coupled to the splitter. The splitter is for separating the optical signal into a plurality of groups. Each group contains a portion of the plurality of components. The plurality of isolators correspond to the plurality of groups. Each of the plurality of isolators is for isolating each component of the corresponding group. In one embodiment, the splitter further comprises a splitter input. In this embodiment, the wavelength division multiplexer further comprises a filter coupled to the splitter input. The filter is for isolating one of the plurality of components.

According to the system and method disclosed herein, the present invention provides a multiple channel wavelength division multiplexer having reduced insertion loss, thereby increasing overall system performance.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a conventional multiple wavelength division multiplexer.

FIG. 2 is a block diagram of a multiple wavelength division multiplexer in accordance with the method and system.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to an improvement in optical technology. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the preferred embodiment will be readily apparent to those skilled in the art and the generic principles herein may be applied to other embodiments. Thus, the present invention is not intended to be limited to the embodiment shown but is to be accorded the widest scope consistent with the principles and features described herein.

FIG. 1 is a block diagram of a conventional multiple wavelength, or component, wavelength division multiplexer ("WDM") 10. As depicted in FIG. 1, the conventional WDM 10 is used to isolate the components of a combination signal carried on optical fiber 11 having eight components. Each component has a different wavelength, $\lambda 1$, $\lambda 2$, $\lambda 3$, $\lambda 4$, $\lambda 5$, $\lambda 6$, $\lambda 7$, and $\lambda 8$. Note, however, that optical fiber 11 could carry a signal having four, sixteen, or another number of components.

The combination signal is input from fiber 11 to a collimator 12. The combination signal is then transmitted to a first filter 14. The first filter 14 transmits light having a wavelength of $\lambda 1$. Consequently, the first component having a wavelength of $\lambda 1$ is isolated on fiber 16. The remainder of the signal, composed of components having wavelengths $\lambda 2$–$\lambda 8$, is reflected off of the filter 14 and transmitted to the filter 24. The filter 24 transmits light having a wavelength of $\lambda 2$. Consequently, the first component having a wavelength of $\lambda 2$ is isolated on fiber 2. The remainder of the signal, composed of components having wavelengths $\lambda 3$–$\lambda 8$, is reflected off of the filter 24 and transmitted to the filter 34. This process continues as the signal is cascaded through a series of filters 34, 44, 54, 64, 74, and 84. Each filter isolates one of the component signals.

Although the conventional WDM 10 shown in FIG. 1 is capable of isolating the components of a combination signal, those with ordinary skill in the art will realize that the insertion loss those components isolated farther down in the cascade of filters 14, 24, 34, 44, 54, 64, 74, and 84 is high. In the context of this application, the insertion loss is the loss for each component due to reflections in and transmission through the filters in a WDM.

Each filter 14, 24, 34, 44, 54, 64, 74, and 84 has a transmission loss and a reflection loss associated with it. The transmission loss is defined herein as $I_{TL}$. The reflection loss is defined as $I_{RL}$. Each time a signal is transmitted through a filter 14, 24, 34, 44, 54, 64, 74, or 84, a transmission loss of $I_{TL}$ is sustained. Similarly, each time a signal is reflected from a filter 14, 24, 34, 44, 54, 64, 74, or 84, a reflection loss of $I_{RL}$ is sustained.

The first component, having wavelength $\lambda 1$, is only transmitted through one filter 14. Consequently, the insertion

6,067,178

3

loss for the first component is $I_{TL}$. The second component, having wavelength $\lambda 2$, is reflected off of filter **14** and transmitted by filter **24**. The insertion loss for the second component is, therefore, $I_{TL}+I_{RL}$. The insertion loss for the third component, having wavelength $\lambda 3$, is $I_{TL}+2*I_{RL}$. In general, for the $r^{th}$ component, isolated by the $r^{th}$ filter, the insertion loss is given by $I_{TL}+(r-1)*I_{RL}$. Consequently, the insertion loss due to reflections accumulates for higher order channels. The worst case loss for a signal having eight components, as shown in FIG. **1**, is $I_{TL}+7*I_{RL}$. The transmission loss, $I_{TL}$, is typically approximately 0.4 dB. The reflection loss, $I_{RL}$ is typically about 0.3 dB. Consequently, the worst case loss is approximately 2.5 dB.

The present invention provides for a method and system for providing a multiple wavelength WDM which reduces the insertion loss for higher order components. The present invention will be described in terms of a WDM which demultiplexes a signal having eight components. However, one of ordinary skill in the art will readily recognize that this method and system will operate effectively for signals having another number of components, including higher numbers of components.

The method and system comprise separating an input signal into groups of components. If the wavelengths of the components are in close, in one embodiment, the method and system include isolating at least one channel to aid in the separation of the input signal into groups of components. The components in each group can then be isolated, even using a cascaded series of filters. The components having the worst case insertion loss has a significantly lower insertion loss than in the worst case for a conventional WDM.

To more particularly illustrate the method and system in accordance with the present invention, refer now to FIG. **2** depicting a block diagram of one embodiment of a WDM **100** in accordance with the method and system. The WDM of the present invention includes an optical fiber **101** through which an input signal is provided. In the WDM **100** shown, carries eight components. The first through eight components have wavelengths $\lambda 1, \lambda 2, \lambda 3, \lambda 4, \lambda 5, \lambda 6, \lambda 7,$ and $\lambda 8,$ respectively. The wavelength of the first component, $\lambda 1,$ is the smallest, while the wavelength of the eight component, $\lambda 8,$ is the largest. Although only eight components are depicted, the method and system function effectively for a signal having four, sixteen, or another number of components.

The signal is provided to the collimator **102** and a first filter **104**. The filter **104** isolates a component having a wavelength in the center of the wavelengths of components carried. In the WDM **100**, the filter **104** isolates the fourth component having wavelength $\lambda 4$.

Isolating the fourth component allows a larger space between the third and fifth components having wavelengths $\lambda 3$ and $\lambda 5$, respectively. Isolating the fourth component thus allows the easier separation of the signal into two groups of components having wavelengths of $\lambda 1-\lambda 3$ and $\lambda 5-\lambda 8$. In an alternate embodiment, the fifth component could have been isolated, allowing easier separation of the signal into two groups of components having wavelengths of $\lambda 1-\lambda 4$ and $\lambda 6-\lambda 8$. Note, however, that where the separation between individual components is large enough, isolating one or more component before splitting the signal into groups of components may be unnecessary.

While the fourth component is transmitted by the filter **104**, the first through third components and the fifth through eighth components are reflected by the filter **104**. The reflected signal is transmitted to the bandsplitter **110**. In a

4

preferred embodiment, the bandsplitter **110** is a filter which transmits light having wavelengths $\lambda 5-\lambda 8$, but reflects other wavelengths, including $\lambda 1-\lambda 3$. Consequently, the bandsplitter **110** separates the remaining signal into a plurality of groups. Each group contains a plurality of components. Once this separation is completed, the components in each of the groups can be isolated. Note that although the WDM **100** is depicted as having a single bandsplitter which separates the signal into two groups of components, nothing prevents the method and system from use with another number of bandsplitters or from separating the signal into another number of groups.

In one embodiment, the components in each group are isolated using cascaded filters. For the first group, having the first through the third components, the filter **164** transmits light having a wavelength of $\lambda 1$. Only the first component is, therefore, transmitted over fiber **166**. The filter **174** transmits light having a wavelength of $\lambda 2$. The second component is, therefore, isolated over fiber **176**. The filter **184** transmits light having a wavelength of $\lambda 3$. Thus, only the third component is transmitted over fiber **186**.

For the second group, having the fifth through the eighth components, the filter **124** transmits light having a wavelength of $\lambda 5$. The fifth component is, therefore, transmitted over fiber **126**. The filter **134** transmits light having a wavelength of $\lambda 6$. The sixth component is thereby isolated on fiber **136**. The filter **144** transmits light having a wavelength of $\lambda 7$. Thus, the seventh component is isolated on fiber **146**. Finally, the filter **154** transmits light having a wavelength of $\lambda 8$. Consequently, the eighth component is isolated on fiber **156**.

Each filter in the WDM **100** can be a conventional filter. As a result, each filter **104, 124, 134, 144, 154, 164, 174,** and **184** has a transmission loss and a reflection loss associated with it. The transmission loss is still $I_{TL}$. The reflection loss is still $I_{RL}$. Each time a signal is transmitted through a filter **104, 124, 134, 144, 154, 164, 174,** or **184**, a transmission loss of $I_{TL}$ is sustained. Similarly, each time a signal is reflected from a filter **104, 124, 134, 144, 154, 164, 174,** or **184**, a reflection loss of $I_{RL}$ is sustained.

The lowest insertion loss is for the fourth component, which has an insertion loss of $I_{TL}$. However, the insertion loss does not increase as dramatically for higher numbered components. For the third component having the second highest insertion loss, the insertion loss is $I_{TL}+4*I_{RL}$. The highest insertion loss is associated with the eighth component, which has been reflected by four filters and transmitted by two filters. Consequently, the insertion loss for the eighth component is equal to $2*I_{TL}+4*I_{RL}$. The transmission loss, $I_{TL}$, is still typically approximately 0.4 dB. The reflection loss, $I_{RL}$, is also typically about 0.3 dB. Consequently, the worst case insertion loss for the WDM **100** is 2.0 dB. The WDM **100**, therefor, achieves approximately a twenty percent reduction in insertion loss.

Note that if the input signal on fiber **101** had contained sixteen components, the WDM **100** could function adequately by separating the components into two or more groups, then isolating the components in each group. In one embodiment, one or more components, such as the eighth component might be isolated prior to separating the signal into a plurality of groups. If the components are separated into two groups then isolated by such a WDM, a reduction in worst case insertion loss would still be achieved. Such a WDM would have a worst case insertion loss of $2*I_{TL}+8*I_{RL}$, or approximately 3.2 dB. In contrast, a conventional cascade WDM, such as the WDM **10** described in FIG. **1,**

**Exhibit A**

6,067,178

5

would have a worst case insertion loss of $I_{TL}+15*I_{RL}$, or approximately 4.9 dB. Consequently, even for a higher number of components, a WDM in accordance with the method and system achieves a lower insertion loss.

A method and system has been disclosed for a multiple wavelength division multiplexer having reduced insertion loss. Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. A wavelength division multiplexer for separating an optical signal into a plurality of components comprising:

a filter for isolating one component of the plurality of components, the one component of the plurality of components being a component separating the first plurality of components from the second plurality of components;

a splitter for separating a portion of the optical signal into a plurality of groups, the splitter including a splitter input coupled to the filter, the portion of the optical signal remaining after the one component is isolated, each group containing a portion of the plurality of components, the plurality of groups including a first group and a second group, the first group including a first plurality of components, the second group containing a second plurality of components, the plurality of components of the optical signal including the first plurality of components and the second plurality of components, the one component separating the first plurality of components and the second plurality of components; and

a plurality of isolators coupled to the splitter, the plurality of isolators corresponding to the plurality of groups, each of the plurality of isolators for isolating each component of the corresponding group, the plurality of isolators including a first isolator and a second isolator, the first isolator including a first plurality of filter corresponding to the first group, each filter of the first plurality of filters for isolating a component the first plurality of components, the first plurality of filters being coupled to be cascaded in series, the second isolator including a second plurality of filters corresponding to the second group, each filter of the second plurality of filters for isolating a particular component of the second plurality of components, the second plurality of filters being coupled to be cascaded in series.

2. The wavelength division multiplexer of claim 1 wherein the splitter further comprises a band pass filter.

3. A method for providing a wavelength division multiplexer, the wavelength division multiplexer for separating an optical signal into a plurality of components comprising the steps of:

providing a filter for isolating one component of the plurality of components, the one component of the plurality of components being a component separating the first plurality of components from the second plurality of components;

providing a splitter for separating a portion of the optical signal into a plurality of groups, the splitter including a splitter input coupled to the filter, the portion of the

6

optical signal remaining after the one component is isolated, each group containing a portion of the plurality of components, the plurality of groups including a first group and a second group, the first group including a first plurality of components, the second group containing a second plurality of components, the plurality of components of the optical signal including the first plurality of components and the second plurality of components, the one component separating the first plurality of components and the second plurality of components; and

providing a plurality of isolators coupled to the splitter, the plurality of isolators corresponding to the plurality of groups, each of the plurality of isolators for isolating each component of the corresponding group, the plurality of isolators including a first isolator and a second isolator, the first isolator including a first plurality of filter corresponding to the first group, each filter of the first plurality of filters for isolating a component the first plurality of components, the first plurality of filters being coupled to be cascaded in series, the second isolator including a second plurality of filters corresponding to the second group, each filter of the second plurality of filters for isolating a particular component of the second plurality of components, the second plurality of filters being coupled to be cascaded in series.

4. The method of claim 3 wherein the step of providing the splitter further comprises the step of providing a band pass filter.

5. A method for separating an optical signal into a plurality of components comprising the steps of:

isolating one component of the plurality of components, the one component of the plurality of components being a component separating a first plurality of components from a second plurality of components;

splitting a portion the optical signal remaining after isolation of the one component, the portion of the optical signal being split into a plurality of groups, each group containing a portion of the plurality of components, the plurality of groups including a first group and a second group, the first group including the first plurality of components, the second group containing the second plurality of components, the plurality of components of the optical signal including the first plurality of components and the second plurality of components, the one component separating the first plurality of components and the second plurality of components; and

isolating each component of each group using a plurality of isolators, each of the plurality of isolators for isolating each component of the corresponding group, the plurality of isolators including a first isolator and a second isolator, the first isolator including a first plurality of filter corresponding to the first group, each filter of the first plurality of filters for isolating a component the first plurality of components, the first plurality of filters being coupled to be cascaded in series, the second isolator including a second plurality of filters corresponding to the second group, each filter of the second plurality of filters for isolating a particular component of the second plurality of components, the second plurality of filters being coupled to be cascaded in series.

6. A wavelength division multiplexer for separating an optical signal into a plurality of components comprising:

a filter for isolating one component of the plurality of components, the one component of the plurality of

**Exhibit A**

6,067,178

**7**

components being a component separating the first plurality of components from the second plurality of components;

a splitter for separating a portion of the optical signal into a plurality of groups, the splitter including a splitter input coupled to the filter, the portion of the optical signal remaining after the one component is isolated, each group containing a portion of the plurality of components, the plurality of groups including a first group and a second group, the first group including a first plurality of components, the second group containing a second plurality of components, the plurality of components of the optical signal including the first

**8**

plurality of components and the second plurality of components, the one component separating the first plurality of components and the second plurality of components; and

a plurality of isolators coupled to the splitter, the plurality of isolators corresponding to the plurality of groups, each of the plurality of isolators for isolating each component of the corresponding group, the plurality of isolators including a first isolator and a second isolator, the first isolator including a first plurality of filter corresponding to the first group.

\*   \*   \*   \*   \*

# Exhibit B



US005661829A

# United States Patent [19]

## Zheng

[11] Patent Number: 5,661,829

[45] Date of Patent: Aug. 26, 1997

[54] **OPTICAL ISOLATOR**

[75] Inventor: **Yu Zheng**, Sunnyvale, Calif.

[73] Assignee: **Oplink Communications, Inc.**, San Jose, Calif.

[21] Appl. No.: **618,189**

[22] Filed: **Mar. 19, 1996**

[51] Int. Cl.$^6$ ..................................................... G02B 6/32

[52] U.S. Cl. ...................................... 385/33; 250/227.19

[58] Field of Search ................................. 385/11, 31–35,
385/16, 123, 130; 359/497, 119, 501; 356/358,
375, 345, 369; 250/227.19; 348/25, 61,
273, 335, 340, 571

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,976,543 | 12/1990 | Scheck et al. | 356/375 |
| 4,978,189 | 12/1990 | Blonder et al. | 385/35 |
| 5,398,681 | 3/1995 | Kupershmidt | 356/364 |
| 5,471,306 | 11/1995 | Yui et al. | 356/367 |
| 5,475,370 | 12/1995 | Stern | 356/369 |
| 5,517,303 | 5/1996 | Cole et al. | 250/227.19 |
| 5,528,287 | 6/1996 | Stern | 348/25 |
| 5,532,738 | 7/1996 | Stern | 356/369 |
| 5,546,486 | 8/1996 | Shih et al. | 385/31 |

5,566,259 10/1996 Pan et al. ..................... 385/11

*Primary Examiner*—Akm E. Ullah
*Attorney, Agent, or Firm*—Benman Collins & Sawyer

[57]        **ABSTRACT**

A system and method for providing an optical isolator comprising a first collimating means, a core, and a second collimating means is disclosed. The first collimating means comprises at least a first optical fiber holder, a first lens, and a first collimator holder. The core comprises a first polarizer, a polarization rotation means, and a second polarizer. The second collimating means comprises at least a second optical fiber holder, a second lens, and a second collimator holder. One aspect of the method and system provides a quartz collimator aligner in a collimating means. The quartz collimator aligner aligns the optical fiber holder and the lens. The collimator holder is disposed around the quartz collimating aligner. The quartz collimator aligners improve the alignment of the collimator, thereby reducing insertion loss. The smoothness quartz collimator aligners also increases return loss. Another aspect of the method and system provides a core assembly holder in which the polarization rotation means is disposed. This embodiment increases the ability to adjust the orientation of the first and second polarizers.

**36 Claims, 3 Drawing Sheets**



Exhibit B



PRIOR ART

FIG. 1

U.S. Patent          Aug. 26, 1997          Sheet 2 of 3          5,661,829



FIG. 2

Exhibit B

120



# FIG. 3

130



# FI . 4

Exhibit B

5,661,829

1

# OPTICAL ISOLATOR

## FIELD OF THE INVENTION

The present invention relates to a method and system for use in optical fiber technology and more particularly to a method and system for providing an optical isolator.

## BACKGROUND OF THE INVENTION

Signal generators used in fiberoptic technology, typically semiconductor lasers, are highly sensitive to light reflected back into the signal generator. Reflected light causes instability in the laser and noise in the signal. Thus, optical isolators were developed. Optical isolators transmit light in the direction of propagation of the signal, but block reflected light traveling opposite to the direction of propagation of the signal.

Typical optical isolators are comprised of a first collimator, a core assembly, and a second collimator. The first collimator holds an input optical fiber, while the second collimator holds the output optical fiber. The core assembly is typically comprised of a first polarizer, a faraday rotator, and a second polarizer.

Currently, optical isolators are subject to several constraints. First, the ratio of insertion loss to return loss must be low. Insertion loss is the loss in intensity of the signal as it propagates forward through the optical isolator. Return loss is the loss in intensity of any light, primarily reflected light, traveling opposite to the direction of propagation of the signal. Insertion loss and return loss of optical isolators are primarily determined by the insertion and return losses of the collimators. Lower insertion loss requires good alignment of each collimator's components. Return loss is raised by ensuring that the components of each collimator are clean or smooth.

Another constraint in the utility of optical isolators is their ability to be used in a variety of environments. One method of affixing the collimators uses epoxy. However, epoxy is damaged when subjected to drastic temperature changes. Consequently, the optical isolator cannot withstand variations in the environmental conditions.

Soldering techniques have been used to affix the collimators to the holders in place of epoxy in order to provide a collimator better able to function in a variety of environments. However, soldering introduces several problems. High temperature solders damage the alignment of collimators. Low temperature solders are expensive and provide weaker bonding than high temperature solders. Some solders also require flux, which contaminates collimator components, thereby increasing insertion loss.

In order to optimize performance of the optical isolator, the isolation peak position should be adjustable. Thus, the core should be modifiable in order to provide the optimal isolation peak position.

Finally, commercial use of optical isolators is limited due to their cost. Typical optical isolators achieve the requisite alignment, cleanliness, and mechanical characteristics only at great expense.

Accordingly, what is needed is a system and method for an optical isolator having the requisite ratio of insertion loss to return loss, mechanical characteristics, environmental flexibility, and the ability to optimize performance. It would also be beneficial if such an optical isolator could be provided at lower cost. The present invention addresses such a need.

## SUMMARY OF THE INVENTION

A system and method for providing an optical isolator comprising a first collimating means, a core, and a second

2

collimating means is disclosed. The first collimating means comprises a first optical fiber holder, a first lens, and a first collimator holder. The core comprises a first polarizer, a polarization rotation means, and a second polarizer. The second collimating means comprises a second optical fiber holder, a second lens, and a second collimator holder.

One embodiment of the method and system provides a collimating means further comprising a quartz collimator aligner. The quartz collimator aligner aligns the optical fiber holder and the lens. The collimator holder is disposed around the quartz collimator aligner. The quartz collimator aligners improve the alignment of the collimator, thereby reducing insertion loss. The smoothness quartz collimator aligners also increases return loss.

Another aspect of the method and system provides a core having the polarization rotation means disposed within the core assembly holder. This embodiment increases the ability to adjust the orientation of the first and second polarizers.

Another embodiment of the method and system provides an optical isolator including a core holder having at least one aperture therein and a plurality of solder joints connecting the second collimator holder to the core holder. In this embodiment, each of a portion of the plurality of solder joints is at least partially disposed in each of the at least one aperture in the core holder. This reduces the need for epoxy for a mechanical connection. The solder joints may also be flux-less, thereby reducing insertion loss. Through each of these improvements, overall system performance is enhanced.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram of a typical optical isolator.

FIG. 2 is a diagram of one embodiment of an optical isolator in accordance with the method and system.

FIG. 3 is a diagram of a collimator in accordance with one embodiment of the method and system.

FIG. 4 is a diagram of one embodiment of a core assembly in accordance with one embodiment of the method and system.

## DESCRIPTION OF THE INVENTION

The present invention relates to an improvement in optical isolators. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the preferred embodiment will be readily apparent to those skilled in the art and the generic principles herein may be applied to other embodiments. Thus, the present invention is not intended to be limited to the embodiment shown but is to be accorded the widest scope consistent with the principles and features described herein.

FIG. 1 is a diagram of a typical optical isolator 10. The optical isolator 10 transmits light in the forward direction, from an input fiber 21 to an output fiber 41. However, light traveling in the reverse direction, from the output fiber 41 to the input fiber 21, is not transmitted. The optical isolator 10 is comprised of a first collimator 20, a core 30, and a second collimator 40. A first microcapillary 22, a first GRIN (GRaduated INdex) lens 24, and a first metal collimator holder 26 comprise a first collimator 20. The first collimator 20 has an input signal from an input signal fiber 21. The first microcapillary 22 aligns the input fiber 21. The GRIN lens 24 collimates the light transmitted by the input fiber 21. A second collimator 40 is comprised of a second microcapil-

5,661,829

3

lary 42, a second GRIN lens 44, and a second collimator holder 46. The second collimator 40 passes the signal to the output fiber 41. The second GRIN lens 44 focuses the signal to the end of the output fiber 41. The second microcapillary 42 aligns the output fiber 41.

Light entering the optical isolator 10 from the input fiber 21 is collimated by the first GRIN lens 24. The collimated light then travels to a core 30.

The core 30 is comprised of a first polarizer 32, a faraday rotator 34, a second polarizer 36, a core assembly holder 38, and a magnetic robe 39. The first polarizer 32 and the second polarizer 36 are typically birefringent crystals. The first polarizer 32 transmits an ordinary ray and an extraordinary ray. The ordinary ray has its polarization in the direction of the optic axis of the first polarizer 32. The extraordinary ray has its polarization perpendicular to the direction of the optic axis of the first polarizer 32. A Faraday rotator 34 rotates the polarization of the transmitted light by a predetermined number of degrees (in this embodiment 45 degrees). Thus, the direction of polarization of both the ordinary and the extraordinary ray is rotated by 45 degrees. The second polarizer 36 has its optic axis rotated by a predetermined number of degrees (45 degrees) from that of the first polarizer 32. Thus, the second polarizer 36 transmits both the ordinary and the extraordinary rays.

Light transmitted by the second polarizer 36 travels through the second collimator 40, and is focused to the surface of the output fiber 42. The output fiber 42 carries the signal out of the optical isolator 10.

Reflected light traveling from the output fiber 41 towards the input fiber 21 encounters the second polarizer 36. The second polarizer 36 transmits an ordinary ray and an extraordinary ray. The optic axis of the second polarizer 36 is still oriented 45 degrees from the optic axis of the first polarizer 32. The polarization of the reflected light is then rotated by a predetermined number of degrees (45 degrees) by the faraday rotator 34. Thus, the polarization of both the ordinary and extraordinary ray is rotated by a predetermined number of degrees (45 degrees). The Faraday rotator 34 rotates polarization in the same direction regardless of whether light is traveling forward or backward in the optical isolator. The direction of polarization of ordinary ray is, therefore, in a preferred embodiment 90 degrees from the optic axis of the first polarizer 32. The polarization of the extraordinary ray is in the direction of the optic axis of the first polarizer 32. Consequently, reflected light transmitted by the first polarizer 32 is not comprised of parallel rays. Because of this, the GRIN lens 24 does not focus the reflected light onto the end of the input fiber 21. Reflected light is thereby prevented from traveling back down the input fiber 21. However, if the surfaces of the components of the optical isolator 10 are contaminated, more reflected light will be transmitted back through the input fiber 21.

Although the optical isolator 10 shown in FIG. 1 is functional, those with ordinary skill in the art will realize it is inefficient. First and second metal collimator holders 26 and 46 lower the efficiency of the optical isolator 10 because they are machined. In order to properly collimate and transmit light, the components of the first collimator 20 and the second collimator 40 must be aligned. The concentricity of the components of the first collimator 20 and the second collimator 40 are determined by the first metal collimator holder 26 and the second metal collimator holder 46, respectively. Because the first and the second metal collimator holders 26 and 46 are machined, they are concentric only to within approximately 0.0015 inch. Thus, the insertion loss of

4

optical isolator 10 is typically on the order of 0.25 dB. Machining also results in a burr on the machined part. This burr reduces return loss.

In addition, because the core assembly holder 38 is flat, the first polarizer 32, the faraday rotator 34, and the second polarizer 36 must be the same size. Consequently it is impossible to adjust the orientation between the first polarizer 32 and the second polarizer 36. Because the orientation of the first and the second polarizers 32 and 36 cannot be changed, the isolation peak position cannot be adjusted to optimize optical performance.

Because the second collimator 40 must be mechanically stable, the joints 50 are applied. If the joints 50 are made of epoxy, the joints 50 will be subject to damage due to drastic temperature changes. Thus, the optical isolator 10 will be unable to function due to exposure to a variety of environments.

If the joints 50 are comprised of solder, the optical isolator 10 suffers from other problems due to conventional soldering techniques. If the joints 50 are made using traditional high temperature soldering techniques, the performance of the optical isolator 10 is adversely affected. If lower temperature solder is used to make the joints 50, the soldering process is costly. In addition, the flux which must be used with many low temperature solders can contaminate the components of the optical isolator 10. Contamination introduced by the flux will reduce the return loss of the optical isolator 10. Although typical soldering techniques may employ masks in order to block flux from entering the optical isolator 10, there is still a significant risk that flux will contaminate the components of the optical isolator 10. The masking process also complicates assembly of the optical isolator 10. Finally, if the solder joints 50 are made using low temperature solder, the joints 50 will be weaker than if they were made using high temperature solder.

The present invention provides a method and system for an optical isolator which has low insertion loss and high return loss, and is environmentally stable. In addition, the method and system provide an optical isolator which can be adjusted to enhance optical performance and is mechanically stable. Assembly of the optical isolator made in accordance with the method and system is also less complex than an optical isolator made using low temperature soldering techniques. Finally, the method and system also provide an optical isolator which is less expensive than typical optical isolators.

FIG. 2 displays an optical isolator 100 in accordance with the method and system. The optical isolator 100 is comprised of the first collimator 120, the core 130, and the second collimator 140. One aspect of the method and system improves the first collimator 120 and the second collimator 140.

FIG. 3 displays the first collimator 120 made in accordance with one embodiment of the method and system. A microcapillary 122 and a GRIN lens 124 are aligned by a first quartz collimator holder 128. Because the first quartz collimator holder 128 is made in accordance with current crystal growth technology, its concentricity is approximately 0.0005 inch. Thus, the insertion loss is reduced to about 0.15 dB. In addition, the surface of the quartz collimator holder 128 is significantly smoother than that of a machined piece. Thus, the return loss is increased. Finally, the first quartz alignment holder 128 is placed in the first metal collimator holder 126 in order to provide the electrical properties necessary for the optical isolator 100.

Referring back to FIG. 2, a second collimator 140 comprises a second microcapillary 142, a second GRIN lens 144,

**Exhibit B**

5,661,829

**5**

a second quartz collimator aligner **148**, and a second metal collimator holder **146**. Because the second quartz collimator aligner **148** functions as does the first quartz collimator aligner **128**, the second quartz collimator aligner **148** reduces the insertion loss and increases return loss of the second quartz collimator **140**.

Referring back to FIG. 1, the first polarizer **32**, the faraday rotator **34**, and the second polarizer **36** are held inside the magnetic tube **39** by the core assembly holder **38**. Because the core assembly holder **38** is flat, the faraday rotator **34** must be the same size as the first polarizer **32** and the second polarizer **36**. Thus, it is not possible to adjust the orientation between the two polarizers to enhance optical performance of the optical isolator **10**.

Referring now to FIG. 2, another aspect of the method and system improves a core **130** of the optical isolator **100**. FIG. 4 displays a core assembly **130** made in accordance with the method and system. The core assembly **130** is comprised of the first polarizer **132**, the faraday rotator **134**, the second polarizer **136**, the core assembly holder **138**, and the magnetic tube **139**. The core assembly holder **138** allows a smaller faraday rotator **134** to be used than in conventional designs. Because the faraday rotator **134** is smaller, it is less costly. The overall cost of the optical isolator is thereby decreased. In addition, the orientation of the first polarizer **132** and the second polarizer **136** can be adjusted. Consequently, the isolation peak position can be modified. Because the isolation peak position can be adjusted, the optical performance of the core assembly **130** and the optical isolator **100** is enhanced.

Referring now to FIG. 2, a third aspect of the method and system can be seen in the attachment of the second collimator **140** to the core **130**. The second collimator **140** is attached to the core **130** through the solder joints **150-1** and **150-2**. Referring back to FIG. 1, a typical optical isolator **10** only has the joints **150-2**. Referring now to FIG. 2, the solder joints **150-2** have been added. Each solder joint **150-2** is formed by filling an aperture in an outer portion **131** of the core **130** with solder. The solder attaches the outer portion **131** of the core **130** to the second collimator holder **146**. The solder joints **150-2** provide increased mechanical stability over single solder joints. In addition, because no epoxy is used, the optical isolator **100** is capable of withstanding wide variations in temperature.

In order to lower the insertion loss of the optical isolator **100** and to simplify soldering, flux-less soldering techniques were developed. Typical soldering techniques require the use of flux to remove the oxidation layer on parts which are to be soldered. As previously discussed, flux contaminates the collimator components and the faraday rotator **134**. In order to help prevent flux contamination, masks can be used to block the entry of flux into an optical isolator. However, masks complicate the soldering process and may not be completely effective in preventing entry of flux into an optical isolator.

In order to prevent contamination without complicating the soldering process, the collimator holder **146** is comprised of brass and gold plated using a process based on the Mil-G-45204 procedure. The optimal thickness of this gold plating is approximately 90 micrometers. Soldering can then be accomplished without the use of flux.

As previously stated, solder used must be lower temperature solder in order to prevent temperature damage to the components of the optical isolator **100**. However, low temperature solders are often very expensive, which would further increase the cost of the optical isolator **100**. For

**6**

example, a typical low temperature solder requires a soldering temperature of approximately 118 degrees C. and costs approximately $700 per pound. A range of soldering temperatures, below 250 degrees C., were found in which little damage to the optical isolator. In addition, a low temperature solder, Sn63Pb37, which works within this temperature range and is relatively inexpensive, was found. Sn63Pb37 costs only about $20 per pound and has a soldering temperature of approximately 180 degrees C.

A method and system has been disclosed for an optical isolator. The method and system have a lower ratio of insertion loss to return loss, the requisite mechanical characteristics, is capable of optimizing optical performance, and which can be used in a variety of environments. An optical isolator made in accordance with the method and system need not be exposed to high temperatures during assembly. Finally, the method and system can be provided at lower cost.

Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. An optical isolator comprising:
   a first collimating means, the first collimating means further comprising
      a first optical fiber holder,
      a first lens located opposite to the first optical fiber holder,
      a first quartz collimator aligner for aligning the first optical fiber holder and the first lens,
      a first collimator holder disposed around the first quartz collimator aligner;
   a core, the core further comprising
      a first polarizer,
      a second polarizer, and
      a polarization rotation means located between the first polarizer and the second polarizer; and
   a second collimating means, the second collimating means further comprising
      a second optical fiber holder,
      a second lens located opposite to the optical fiber holder,
      a second quartz collimator aligner for aligning the second optical fiber holder and the second lens, and
      a second collimator holder disposed around the second quartz collimator aligner.

2. The optical isolator of claim 1 wherein the first quartz collimator aligner has an aperture therein, the first optical fiber holder and the first lens being disposed in the aperture in the first quartz collimator aligner; and
   the second quartz collimator aligner has an aperture therein, the second optical fiber holder and the second lens being disposed in the aperture in the second quartz collimator aligner.

3. The optical isolator of claim 1 wherein the first optical fiber holder comprises a microcapillary; and the second optical fiber holder comprises a microcapillary.

4. The optical isolator of claim 3 wherein the polarization rotation means comprises a faraday rotator.

5. An optical isolator comprising:
   a first collimating means, the first collimating means further comprising

**Exhibit B**

5,661,829

7

a first optical fiber holder, and

a first lens located opposite to the first optical fiber holder;

a core, the core further comprising

a first polarizer,

a second polarizer

a core assembly holder located between the first polarizer and the second polarizer, and

polarization rotation means disposed in the core assembly holder; and

a second collimating means, the second collimating means further comprising

a second optical fiber holder, and

a second lens located opposite to the second optical fiber holder.

6. The optical isolator of claim 1 wherein the core further comprises a core assembly holder located between the first polarizer and the second polarizer; the polarization rotation means being disposed in the core assembly holder.

7. An optical isolator comprising:

a first collimating means, the first collimating means further comprising

a first optical fiber holder, and

a first lens located opposite to the first optical fiber holder;

a core, the core further comprising

a first polarizer,

a second polarizer,

a polarization rotation means located between the first polarizer and the second polarizer, and

a core holder disposed around the first polarizer, the polarization rotation means, and the second polarizer, the core holder having at least one aperture therein;

a second collimating means, the second collimating means further comprising

a second optical fiber holder,

a second lens located opposite to the second optical fiber holder, and

a second collimator holder disposed around the second optical fiber holder and the second lens; and

a plurality of solder joints connecting the second collimator holder to the core holder, each of a portion of the plurality of solder joints being at least partially disposed in each of the at least one aperture in the core holder.

8. The optical isolator of claim 1 wherein the core further comprises a core holder disposed around the first polarizer, the polarization rotation means, and the second polarizer, the core holder having at least one aperture therein; and

wherein the optical isolator further comprises a plurality of solder joints connecting the second collimator holder to the core holder, each of a portion of the plurality of solder joints being at least partially disposed in each of the at least one aperture in the core holder.

9. The optical isolator of claim 5 wherein

the second collimating means further comprises a second collimator holder;

the core further comprises a core holder disposed around the first polarizer, the polarization rotation means, and the second polarizer, the core holder having at least one aperture therein; and

the optical isolator further comprises a plurality of solder joints connecting the second collimator holder to the core holder, each of a portion of the plurality of solder joints being at least partially disposed in each of the at least one aperture in the core holder.

8

10. The optical isolator of claim 6 wherein the core further comprises a core holder disposed around the first polarizer, the polarization rotation means, and the second polarizer, the core holder having at least one aperture therein; and

wherein the optical isolator further comprises a plurality of solder joints connecting the second collimator holder to the core holder, each of a portion of the plurality of solder joints being at least partially disposed in each of the at least one aperture in the core holder.

11. The optical isolator of claim 7 wherein at least a second portion of the solder joints are flux-less solder joints.

12. The optical isolator of claim 11 wherein a portion of the second collimator holder comprises brass; and wherein the flux-less solder joints further comprise solder and gold plating.

13. The optical isolator of claim 12 wherein the gold plating is 90 micrometers thick.

14. The optical isolator of claim 13 wherein the solder is Sn63Pb37.

15. The optical isolator of claim 8 wherein at least a second portion of the solder joints are flux-less solder joints.

16. The optical isolator of claim 15 wherein a portion of the second collimator holder comprises brass; and wherein the flux-less solder joints further comprise solder and gold plating.

17. The optical isolator of claim 16 wherein the gold plating is 90 micrometers thick.

18. The optical isolator of claim 17 wherein the solder is Sn63Pb37.

19. The optical isolator of claim 9 wherein at least a second portion of the solder joints are flux-less solder joints.

20. The optical isolator of claim 19 wherein a portion of the second collimator holder comprises brass; and wherein the flux-less solder joints further comprise solder and gold plating.

21. The optical isolator of claim 20 wherein the gold plating is 90 micrometers thick.

22. The optical isolator of claim 21 wherein the solder is Sn63Pb37.

23. The optical isolator of claim 10 wherein at least a second portion of the solder joints are flux-less solder joints.

24. The optical isolator of claim 23 wherein a portion of the second collimator holder comprises brass; and wherein the flux-less solder joints further comprise solder and gold plating.

25. The optical isolator of claim 24 wherein the gold plating is 90 micrometers thick.

26. The optical isolator of claim 25 wherein the solder is Sn63Pb37.

27. A method for producing an optical isolator, the method comprising the steps of:

providing a first collimating means, the step of providing a first collimating means further comprising the steps of:

providing a first optical fiber holder,

providing a first lens located opposite to the first optical fiber holder,

providing a first quartz collimator aligner for aligning the first optical fiber holder and the first lens, and

providing a first collimator holder disposed around the first quartz collimator aligner;

providing a core, the step of providing a core further comprising the steps of

providing a first polarizer,

providing a second polarizer, and

providing a polarization rotation means located between the first polarizer and the second polarizer; and

**Exhibit B**

5,661,829

9

providing a second collimating means, the step or providing a second collimating means further comprising the steps of

providing a second optical fiber holder, and

providing a second lens located opposite to the second optical fiber holder.

**28.** The method of claim **27** wherein the step of providing a first quartz collimator holder further comprises the steps of: providing a first quartz collimator holder having an aperture therein; and

locating the first optical fiber holder and the first lens within the aperture in the first quartz collimator holder.

**29.** The method of claim **28** wherein the step of providing the second collimating means further comprises the steps of:

providing a second quartz collimator aligner for aligning the second optical fiber holder and the second lens; and

providing a second collimator holder disposed around the second quartz collimator aligner.

**30.** The method of claim **29** wherein the step of providing a second quartz collimator aligner further comprises the steps of:

providing a second quartz collimator holder having an aperture therein; and

locating the second optical fiber holder and the second lens within the aperture in the second quartz collimator holder.

**31.** The method of claim **30** wherein the steps of providing the core further comprises the steps of:

providing a core assembly holder located between the first polarizer and the second polarizer; and

10

disposing the polarization rotation means within the core assembly holder.

**32.** The method of claim **31** wherein the step of providing the core further comprises:

providing a core holder having at least one aperture disposed therein; and wherein the method further comprises the step of:

providing a plurality of solder joints connecting the second collimator holder to the core holder,

the step of providing a plurality of solder joints further comprising the step of at least partially disposing each of a portion of the plurality of solder joints in each of the at least one aperture in the core holder.

**33.** The method of claim **32** wherein the step of providing a plurality of solder joints further comprises the step of making at least a second portion of the solder joints flux-less solder joints.

**34.** The method of claim **33** wherein the at least a portion of the second collimator holder comprises brass; and wherein the step of providing flux-less solder joints further comprises the steps of gold plating second collimator holder.

**35.** The method of claim **34** wherein the gold plating step further comprises the step of gold plating the second collimator holder to a thickness of 90 micrometers.

**36.** The method of claim **34** wherein the solder is Sn63Pb37.

* * * * *

# Exhibit C

US006215919B1

(12) **United States Patent** 
Li et al.

(10) Patent No.: **US 6,215,919 B1**
(45) Date of Patent: **Apr. 10, 2001**

(54) **MECHANICAL OPTICAL SWITCHING DEVICE**

(75) Inventors: **Wei-Zhong Li**, San Jose; **Qing Shao**, Sunnyvale, both of CA (US)

(73) Assignee: **Oplink Communications, Inc.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/333,846**

(22) Filed: **Jun. 15, 1999**

(51) Int. Cl.$^7$ .......................................... **G02B 6/26**
(52) U.S. Cl. ................................ **385/16**; 385/34; 385/36; 385/22
(58) Field of Search ................................ 385/16–23, 34, 385/36

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,239,330 | 12/1980 | Ashkin et al. ..................... | 350/96.18 |
| 4,239,331 | 12/1980 | Aoyama ............................. | 350/96.2 |
| 4,303,303 | 12/1981 | Aoyama ............................. | 350/96.2 |
| 4,322,126 | 3/1982 | Minowa et al. .................... | 350/96.2 |
| 4,634,239 | 1/1987 | Buhrer ............................... | 350/486 |
| 5,361,315 | 11/1994 | Lewis et al. ....................... | 385/16 |
| 5,838,847 | * 11/1998 | Pan et al. ......................... | 385/11 |
| 5,943,454 | * 8/1999 | Aksyuk et al. .................... | 385/22 |

OTHER PUBLICATIONS

M. Papuchon et al. In "Electrically Switched Directional Coupler: Cobra", Applied Physics Letters, vol. 27, No. 5, Sep. 1, 1975, pp. 289–291.

* cited by examiner

*Primary Examiner*—Hung N. Ngo
(74) *Attorney, Agent, or Firm*—Lumen Intellectual Property Services

(57) **ABSTRACT**

A mechanical optical switch with a first port for holding a first optical fiber and a second port for holding a second optical fiber and a lensing element positioned in front of the first and second ports. The switch has a signal port holding a signal or input fiber which emits a light beam to be switched between the first and second fibers. The light beam propagates along a free beam path to the first lensing element and is in-coupled into the first optical fiber. The switch is equipped with a beam guiding element, such as a wedge, which can be moved in and out of the free beam path for directing the light beam to the second fiber. The wedge is designed to shift the light beam by an offset and rotate it by an angle.

**22 Claims, 3 Drawing Sheets**



**Exhibit C**

Case 3:07-cv-03964-MJJ    Document 1    Filed 08/01/2007    Page 27 of 45



*FIG. 1*

Exhibit C



**FIG. 2**



**FIG. 3A**



**FIG. 3B**

Exhibit C



**FIG. 4**

Exhibit C

US 6,215,919 B1

1

# MECHANICAL OPTICAL SWITCHING DEVICE

## FIELD OF THE INVENTION

This invention relates generally to optical switches and in particular to mechanical optical switches using movable light guiding elements for altering optical beam paths to effectuate switching.

## BACKGROUND OF THE INVENTION

Optical switches play a fundamental role in optical systems and in optical communications in particular. The function of optical switches in optical communications is to connect and disconnect transmission paths to rout light beams modulated with information. In other systems optical switches can be used to pulse a light source, e.g., a laser or to perform other functions with modulated or unmodulated light beams. Because optical signals propagate at the speed of light it is important that the optical switches have high switching rates such that they not impede the intrinsically high speed operation of optical systems.

Mechanical optical switches are known. For example, an electro-optically switched directional coupler is proposed by M. Papuchon et al. in "Electrically Switched Directional Coupler: Cobra", *Applied Physics Letters*, Vol. 27, No. 5, Sep. 1, 1975, pp. 289–291. Further modifications to this switch and similar devices are found in numerous subsequent publications. Although these types of mechanical optical switches are capable of relatively high switching rates, they suffer from many limitations. These limitations include high insertion losses, high susceptibility to temperature variations and other detrimental effects due to external factors. Prior art solutions to the high insertion loss have resulted in devices which are too slow.

In optical communications systems optical switches have to be able to switch the light path of a light beam between optical fibers. Hence, fast switching rates have to be supplemented by high switching precision and low insertion losses to achieve efficient in-coupling into the fibers. Because of these additional requirements the early mechanical optical switches are not suitable for optical communications systems.

Mechanical optical switches adapted to optical communications systems are known. For example, in U.S. Pat. No. 4,239,330 Ashkin et al. teach a multiple optical switch built of two quarter-period graded refractive index lenses sharing a common lens axis. An input fiber delivers a light beam to one of the lenses at a radial offset from common lens axis. A number of output fibers are positioned at the same radial offset and at certain angular displacements on the second lens about the common lens axis. Rotating the lenses relative to each other results in in-coupling of light from the input fiber to different output fibers. The disadvantages of this approach are high insertion loss, low switching speed, low level of reliability and difficulties in making this type of switch.

Another mechanical optical switching device for use with optical fibers is taught by Aoyama in U.S. Pat. No. 4,239,331. This switch utilizes at least one movable transparent dielectric plate positioned between an input fiber and output fibers. The output fibers have associated lenses for in-coupling the light into them. The plate, when placed in the optical path of the light changes its optical transmission path by shifting or offsetting the optical axis of the light from one output fiber to another. U.S. Pat. No. 4,322,126 to Minowa et al. presents a similar mechanical optical switching device

2

which can take advantage of additional prism elements to alter the light path. In a similar vein, U.S. Pat. No. 4,303,303 to Aoyama discloses a variation of the mechanical optical switching device using a parallelogram prism and additional triangular prisms. Unfortunately, the use of additional optical prism elements increases the size of the switching device and introduces a number of additional reflective surfaces in the light path which lead to alignment problems and increased insertion losses.

In U.S. Pat. No. 4,634,239 Buhrer teach a multiple optical fiber electromechanical switch utilizing a rhombic prism. The prism exchanges the optical paths of two parallel beams by means of four refractions and at least two internal reflections. This exchange operation is performed by shifting the beams. The prism's rhombic geometry minimizes the size of the prism and the shift distance to the prism's activated position.

In U.S. Pat. No. 5,361,315 Lewis et al. teach a refractive element optical transmission switch with a fixed position concave reflector and an array of optical input and output waveguides. Rotation of the refractive element is used to couple light from one of the input waveguides to one of the output waveguides.

In fact, none of the prior art mechanical switches are suitable for fast and precise switching between optical fibers. The solutions relying on reflectors are very sensitive to angular variations, while the prism-based solutions are sensitive to variations in shift or offset. Thus, small misalignments, thermal effects, mechanical vibration as well as other typical perturbations make it very difficult for those devices to couple light between fibers rapidly while maintaining low insertion losses. The light emitted from the core of the input fiber or waveguide has to be redirected and in-coupled into the core of the output fiber or waveguide. In optical fibers, and especially in single-mode optical fibers, the acceptance cone and the area on which the in-coupling beam has to be focused are small. The low tolerances of in-coupling angle or offset found in the prior art devices limits their usefulness in these applications. What is desired is a device which is relatively insensitive to variations in beam shift and beam angle. Such device should be capable of fast switching rates and use few optical elements in the path between the input fiber and the output fibers.

## OBJECTS AND ADVANTAGES OF THE INVENTION

Accordingly, it is a primary object of the present invention to provide a mechanical optical switch for switching a light beam between an input fiber and output fibers utilizing the fewest optical elements and achieving precise control over the shift and angle of the light beam.

It is a further object of the invention to provide a mechanical optical switch which has a low insertion loss and is capable of fast switching rates. Specifically, it is an object of the invention to provide the switch with a light guiding element which is small and light weight.

It is also an object of the invention to provide a mechanical optical switch which is significantly less sensitive to beam shifts and angular variations, thus rendering the switch useful for practical high-speed applications.

The above objects and advantages, as well as numerous improvements attained by the apparatus and method of the invention are pointed out below.

## SUMMARY

These objects and advantages are secured by a mechanical optical switch with a first port for holding a first optical fiber

Exhibit C

US 6,215,919 B1

3

and a second port for holding a second optical fiber. A first lensing element, e.g., a graded index (GRIN) lens, is positioned in front of the first and second ports. The switch has a signal port holding a signal or input fiber which emits a light beam to be switched between the first and second fibers. The light beam propagates along a free beam path to the first lensing element and is in-coupled into the first optical fiber. The switch is equipped with a beam guiding element which can be moved in and out of the free beam path by a suitable mechanism such as a mechanical actuator, electromechanical actuator, magnetic actuator, piezoelectric actuator or any other suitable device. The beam guiding element is designed such that it shifts the light beam by an offset and rotates the light beam by an angle. Thus, the light beam propagates along a guided beam path to the first lensing element and is in-coupled into the second optical fiber.

The beam guiding element is a wedge prism designed such that the light beam enters the wedge prism through a first facet and exits the wedge through a second facet without undergoing any internal reflections. Furthermore, the first facet is oriented at a first angle $\alpha$ to a line normal to an optical axis of the first lensing element. The second facet is inclined at an angle $\beta$ with respect to the first facet. The free beam path is inclined at an angle $\delta$ with respect to the optical axis of the first lensing element and the wedge is preferably designed such that:

$$\sin^{-1}\{n\sin[\sin^{-1}[1/n\sin(\alpha-\delta)]+\beta]\}=\alpha+\beta+\delta,$$

where n is the refractive index of the wedge prism.

In one embodiment the signal port is inclined with respect to the optical axis of the first GRIN lens. This inclination aids in achieving precise control of the in-coupling angle of the light beam.

Preferably, a second lensing element, e.g., a second GRIN lens, is positioned in front of the signal port for collimating the light beam. The use of GRIN lenses is especially important for precise control of in-coupling when the first and second fibers are single-mode optical fibers. Of course, the input fiber can also be a single-mode fiber.

The particulars of the invention and its various embodiments are described in detail in the detailed description section with reference to the attached drawing figures.

DESCRIPTION OF THE FIGURES

FIG. 1 is an isometric view of the essential optical components of a mechanical optical switch according to the invention.

FIG. 2 is a top plan view of the optical parts of the switch of FIG. 1 detailing the free and guided beam paths.

FIGS. 3A–B are a top plan view illustrating the operation of the switch of FIG. 1.

FIG. 4 is an isometric view of a preferred mechanical optical switch implementing a wedge prism in accordance with the invention.

DETAILED DESCRIPTION

FIG. 1 shows the preferred arrangement of essential optical components of a mechanical optical switch equipped with a beam guiding element 12 in the form of a wedge prism. Wedge 12 is made of a material having a uniform refractive index n. For example, quartz or glass is used for wedge 12.

On one side of wedge 12 is an input port 14 holding a signal or input fiber 16. Preferably, input port 14 consists of

4

a glass capillary 18 having a bore or hole 20 for inserting input fiber 16. A lensing element 22, in this case a graded index (GRIN) lens, is positioned in front of capillary 18.

On the other side of wedge 12 is a first output port 24 and a second output port 26. Preferably, a glass capillary 28 with two bores 30, 32 serves the function of output ports 24, 26. A first optical fiber 34 is inserted into bore 30 and a second optical fiber 36 is inserted into bore 32. In fact, fibers 34 and 36 are the output fibers of the optical switch.

A lensing element 38 is positioned in front of capillary 28 for focussing light into the cores of output fibers 34, 36. In this case, lensing element 38 is a GRIN lens. The use of only one lensing element 38 for both output fibers 34, 36 is preferred because it reduces the size and weight of the optical switch and presents optical advantages as discussed below.

A free beam path 40 is defined between the input fiber and first fiber 34. Free beam path 40 is the path along which light will propagate between input fiber 16 and output fiber 34 when wedge 12 is absent.

Wedge 12 can be moved in such a way that in one position, it is not in free beam path 40 and in a second position, a switched or active position, it is in free beam path 40. This will be better understood by referring to the plan view of FIG. 2, which indicates free beam path 40 and a guided beam path 42 when wedge 12 is in the active position.

Specifically, when wedge 12 is removed a light beam 44 issuing from input fiber 16 is out-coupled from fiber end 46 and collimated by GRIN lens 22 to propagate along free beam path 40 indicated in dashed lines. Free beam path 40 is inclined at an angle $\delta$ with respect to an optical axis 23 of GRIN lens 38. Thus, GRIN lens 38 receives light beam 44 at angle of incidence equal to angle $\delta$ and focuses it into the core of first fiber 34. In this manner, light beam 44 is in-coupled into first fiber 34.

In order to prevent back-reflection of beam 44 an output face 48 of glass capillary and fiber end 46 are machined at a slant, e.g., between 6 to 10°. An input face 50 of lens 22 exhibits a reverse slant at the same angle. In a similar manner, a back face 52 of GRIN lens 38 and a front face 54 of capillary 28 as well as fiber ends 56 and 58 of fibers 34 and 36 are also machined at reverse slants. This method of preventing back reflection is well-known in the art.

When wedge 12 is placed in free beam path 40, light beam 44 propagating along free beam path 40 enters wedge 12 through a first facet 60 and exits through a second facet 62. In other words, with wedge 12 in the active position light beam 44 propagates along free beam path 40 only up to wedge 12 and then propagates along guided light path 42. In doing so, light beam 44 undergoes refraction in accordance with Snell's law at both facets 60 and 62.

First facet 60 of wedge 12 is oriented at an angle $\alpha$ with respect to a normal 64 to optical axis 23 of GRIN lens 38. Second facet 62 is inclined at an angle $\beta$ with respect to first facet 60. Remaining two facets 66, 68 of wedge 12 are not used and can thus be parallel, as shown.

Light beam 44 is refracted in wedge 12 and undergoes a shift by an offset 70 and rotation by an angle such that GRIN 38 in-couples light beam 44 into second fiber 36. In this case the angular rotation is equal to $2\delta$ and light beam 44 is incident on GRIN 38 at angle $-\delta$. It will be noted that it is the amount by which second facet 62 is inclined to first facet 60, i.e., angle $\beta$ and the amount of offset 70 are the two parameters controlling this refraction process.

Wedge 12 is not very sensitive to variations in angle $\alpha$, which cause only small changes in the angular rotation. In other words, changes in angle cause only small changes in angle $\delta$.

Exhibit C

US 6,215,919 B1

5

6

The amount of offset **70** is controlled by adjusting the position of wedge **12** along axis y. Shortening the path of beam **44** in wedge **12** by moving wedge **12** in the positive y direction decreases offset **70**. Lengthening the path of beam **44** in wedge **12** by moving it in the negative y direction increases offset **70**. The advantage of controlling offset **70** in this manner is that it allows for large alignment tolerances. In fact, offset **70** can be controlled even after assembly of the switch by adjusting the y-position of wedge **12**. This makes optical switches using wedge **12** easier to assemble, stable and more reliable.

In the preferred embodiment wedge **12** is designed to preserve the following relationship between angles α, β and δ:

$$\sin^{-1}\{n \sin[\sin^{-1}[1/n \sin(\alpha-\delta)]+\beta]\}=\alpha+\beta+\delta,$$

where n is the refractive index of wedge **12**. It is also preferred to keep angle δ small, e.g., on the order of 5° or less. Thus, a change in angle α will typically alter angle δ by about 5% or less. Under these circumstances optical alignment is not very sensitive to the position accuracy of wedge **12**. Therefore, mechanical, thermal or other perturbations affecting the position of wedge **12** will not significantly affect its ability to guide and in-couple light beam **44** from input fiber **16** to second fiber **36**. This insensitivity to mechanical perturbations further increases the stability and reliability of optical switches using wedge **12**.

To achieve high-precision in-coupling of light beam **44** into fibers **34** and **36** input port **14** is tilted or inclined with respect to optical axis **23**. The amount of inclination is regulated on a case-by-case basis until optimal in-coupling efficiencies are obtained for light beam **44** propagating along free beam path **40** and guided beam path **42**. This adjustment is particularly important when fibers **34** and **36** are single-mode, or when all fibers, including fiber **16** are single-mode.

FIGS. 3A–B illustrate the operation of the optical elements of the switch. FIG. 3A shows wedge **12** in the inactive position where wedge **12** is moved out of the plane of the paper along the z-axis. This is indicated by the fact that wedge **12** is drawn in dashed and dotted lines. Light beam **44** from fiber **16** propagates along free beam path **40** and is in-coupled into fiber **34**. FIG. 3B shows wedge **12** in the active position. Light beam **44** from fiber **16** propagates along guided beam path **42** and is in-coupled into fiber **36**.

It should be noted that wedge **12** can be removed from free beam path **40** along any direction. In other words, wedge **12** could be displaced laterally along the y-axis until it is no longer in free beam path **40**. At the same time, small lateral adjustments of the position of wedge **12** along the y-axis are effectuated for controlling offset **70**, as discussed above.

FIG. 4 shows a mechanical optical switch **100** in accordance with the invention. Switch **100** utilizes the optical elements described above and the same reference numerals are used to refer to the same parts.

Switch **100** has a housing **102** for mounting the optical elements. Wedge **12** is positioned on a mechanical stage **104**. An actuator mechanism **106**, in this case a solenoid, is used to displace stage **104** in the lateral direction along the y-axis for tuning of offset **70**. Stage **104** also has an internal mechanism for moving wedge **12** along the z-axis. In particular, stage **104** includes a z-adjustment to allow it to move wedge **12** down and out of free beam path **40**.

Stage **104** is capable of rapidly moving wedge **12** in and out of free beam path **40** to switch optical beam **44** between fibers **34** and **36**. As will be appreciated by a person skilled in the art, actuator mechanism **106** as well as the mechanism

for z-axis control of stage **104** can be any suitable mechanical actuator, electromechanical actuator, magnetic actuator, piezoelectric actuator. For example, actuator **106** and the z-adjustment can be a relay, a solenoid or a drive motor.

Switch **100** is very efficient and robust. Wedge **12** designed in accordance with the invention is typically smaller than the prisms used in prior art systems. In fact, wedge **12** may weigh one fourth of a typical prism in a prior art optical switch. Furthermore, the use of one GRIN **38** for both fibers **34**, **36** allows the designer to keep switch **100** small and take full advantage of small-sized wedge **12**. The low weight and relative insensitivity to misalignments of wedge **12**, permitting it to operate reliably at high switching rates, as well the small overall size of switch **100** are among the main advantages of the invention.

It will be clear to one skilled in the art that the above embodiment may be altered in many ways without departing from the scope of the invention. Accordingly, the scope of the invention should be determined by the following claims and their legal equivalents.

What is claimed is:

1. A mechanical optical switch comprising:

a) a first port for holding a first optical fiber;

b) a second port for holding a second optical fiber;

c) a first lensing element having an optical axis and being positioned in front of said first port and said second port;

d) a signal port for holding an input fiber emitting a light beam propagating along a free beam path to said lensing element such that said light beam is in-coupled into said first optical fiber;

e) a beam guiding element positioned in said free beam path for shifting said light beam by an offset and rotating said light beam by an angle such that said light beam propagates along a guided beam path to said first lensing element and is in-coupled into said second optical fiber;

f) a means for moving said beam guiding element in and out of said free beam path.

2. The mechanical optical switch of claim **1**, wherein said beam guiding element is a wedge prism and said light beam enters said wedge prism through a first facet and exits said wedge prism through a second facet.

3. The mechanical optical switch of claim **2**, wherein said first facet is oriented at a first angle α to a line normal to said optical axis, and said second facet is inclined at an angle β with respect to said first facet.

4. The mechanical optical switch of claim **3**, wherein said free beam path is inclined at an angle δ with respect to said optical axis.

5. The mechanical optical switch of claim **1**, wherein said signal port is inclined with respect to said optical axis.

6. The mechanical optical switch of claim **1**, wherein said first lensing element is a graded index lens.

7. The mechanical optical switch of claim **1**, further comprising a second lensing element positioned in front of said signal port for collimating said light beam.

8. The mechanical optical switch of claim **7**, wherein said second lensing element is a graded index lens.

9. The mechanical optical switch of claim **1**, wherein said first optical fiber and said second optical fiber are single-mode optical fibers.

10. The mechanical optical switch of claim **1**, wherein said input fiber is a single mode optical fiber.

11. The mechanical optical switch of claim **1**, wherein said means for moving said beam guiding element is

**Exhibit C**

US 6,215,919 B1

7

selected from a group of devices consisting of mechanical actuators, electromechanical actuators, magnetic actuators and piezoelectric actuators.

**12.** A mechanical optical switch comprising:

a) a first port for holding a first optical fiber;

b) a second port for holding a second optical fiber;

c) a first lensing element having an optical axis and being positioned in front of said first port and said second port;

d) a signal port for holding an input fiber emitting a light beam propagating along a free beam path to said lensing element such that said light beam is in-coupled into said first optical fiber;

e) a wedge prism having a predetermined refractive index n and being positioned in said free beam path for shifting said light beam by an offset and rotating said light beam by an angle such that said light beam propagates along a guided beam path to said first lensing element and is in-coupled into said second optical fiber;

f) a means for moving said beam guiding element in and out of said free beam path.

**13.** The mechanical optical switch of claim **12**, wherein said wedge prism comprises:

a) a first facet inclined at a first angle $\alpha$ to a line normal to said optical axis;

b) a second facet inclined at an angle $\beta$ with respect to said first facet;

8

and said light beam enters said wedge prism through said first facet and exits said wedge prism through said second facet.

**14.** The mechanical optical switch of claim **13**, wherein said free beam path is inclined at an angle $\delta$ with respect to said optical axis.

**15.** The mechanical optical switch of claim **14**, wherein said wedge prism is designed such that:

$$\sin^{-1}\{n \sin [\sin^{-1}[1/n \sin(\alpha-\delta)]+\beta]\}=\alpha+\beta+\delta.$$

**16.** The mechanical optical switch of claim **12**, wherein said signal port is inclined with respect to said optical axis.

**17.** The mechanical optical switch of claim **12**, wherein said first lensing element is a graded index lens.

**18.** The mechanical optical switch of claim **12**, further comprising a second lensing element positioned in front of said signal port for collimating said light beam.

**19.** The mechanical optical switch of claim **18**, wherein said second lensing element is a graded index lens.

**20.** The mechanical optical switch of claim **12**, wherein said first optical fiber and said second optical fiber are single-mode optical fibers.

**21.** The mechanical optical switch of claim **12**, wherein said input fiber is a single mode optical fiber.

**22.** The mechanical optical switch of claim **12**, wherein said means for moving said beam guiding element is selected from a group of devices consisting of mechanical actuators, electromechanical actuators, magnetic actuators and piezoelectric actuators.

\* \* \* \* \*

**Exhibit C**

# Exhibit D

US006084994A

# United States Patent [19]

## Li et al.

[11]  **Patent Number:**  **6,084,994**

[45]  **Date of Patent:**  **Jul. 4, 2000**

[54]  **TUNABLE, LOW BACK-REFLECTION WAVELENGTH DIVISION MULTIPLEXER**

[75]  Inventors: **Wei-Zhong Li**, San Jose; **Feng Liu**, Sunnyvale; **Haiguang Lu**, San Jose, all of Calif.

[73]  Assignee: **Oplink Communications, Inc.**, San Jose, Calif.

[21]  Appl. No.: **09/054,032**

[22]  Filed: **Apr. 2, 1998**

[51]  **Int. Cl.[7]** ...................................... **G02B 6/26**

[52]  **U.S. Cl.** .............................. **385/31**; 359/131

[58]  **Field of Search** ................................ 385/24–47, 16, 385/124, 11, 14, 30; 359/652, 653, 654, 131, 124, 127, 130, 129

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,244,045 | 1/1981 | Nosu et al. | 370/3 |
| 5,579,420 | 11/1996 | Fukushima | 385/11 |
| 5,612,824 | 3/1997 | Si et al. | 359/652 |
| 5,799,121 | 8/1998 | Duck et al. | 385/47 |
| 5,917,626 | 6/1999 | Lee | 359/131 |

*Primary Examiner*—Akm E. Ullah
*Attorney, Agent, or Firm*—Sawyer Law Group LLP

[57]  **ABSTRACT**

The tunable wavelength division multiplexer is disclosed. The wavelength division multiplexer includes a fiber, a holder, a filter, and an isolator. The fiber carries an optical signal that includes a plurality of channels. The holder has and end and an axis. The holder receives the first fiber in an aperture such that the first fiber is separated from the axis by a distance. The distance is selected to tune the first angle of incidence so that the filter transmits a portion of the optical signal centered around at least one particular wavelength. The optical signal from the fiber impacts the filter at a first angle of incidence. The filter transmits a portion of the optical signal centered around at least one particular wavelength. The isolator is optically coupled with the filter and prevents a first portion of the portion of optical signal transmitted by the filter from returning to the first fiber. Thus, not only is the filter tunable, but because of the presence of the isolator, back reflections to the first fiber are also reduced.

**17 Claims, 5 Drawing Sheets**



**Exhibit D**



FIG. 1A
(PRIOR ART)



FIG. 1B
(PRIOR ART)

Exhibit D



FIG. 1C
(PRIOR ART)



FIG. 2

Exhibit D



FIG. 4



FIG. 3

**Exhibit D**



6,084,994

1

## TUNABLE, LOW BACK-REFLECTION
## WAVELENGTH DIVISION MULTIPLEXER

### FIELD OF THE INVENTION

The present invention relates to optical technology and more particularly to a method and system for providing a wavelength division multiplexer which can be tuned and has improved insertion loss and reduced polarization dependent loss.

### BACKGROUND OF THE INVENTION

Optical technology offers the capability of transmitting a plurality of signals on a single fiber. As the use of optical technology increases, the number of signals transmitted on a signal fiber also increases. Currently, signals of four, eight, or sixteen different wavelengths are transmitted over a single fiber.

In order to transmit a large number of signals on a given cable, signals carried on a plurality wavelengths are multiplexed together for transmission. After the multiplexed, multi-channel signal reaches the destination, the signals are demultiplexed to access the information carried by a single channel. Conventional wavelength division multiplexers ("WDMs") are used to combine individual signals as well as separate a composite signal into individual wavelength signals.

To separate a composite signal into its components, some conventional wavelength division multiplexers utilize a plurality filters cascaded in series to isolate each channel. Each filter passes light centered around a single wavelength. A filter is typically provided for each of the component wavelength. The output of each filter is the signal centered around a single wavelength. As each component wavelength is separated from the composite signal, the remaining portion of the composite signal is passed on to the next filter in the series. Thus, the signal is separated into its components.

Typically, the composite signal is input to a conventional WDM via an optical fiber. The fiber is typically held by a capillary. The composite signal is then provided to a graduated index of refraction (GRIN) lens for collimating. The signal is then transmitted to the filter. The filter transmits light centered around a particular wavelength. This wavelengths corresponds to one or more channels. The remainder of the composite signal is reflected back to another GRIN lens, capillary, and optical fiber combination. The remainder of the signal may then be transmitted through the optical fiber to a second pair of capillaries, a second pair of GRIN lenses, and filter combination. The second filter transmits light for a second channel. This process continues until the signal is broken into its composite wavelengths.

In one type of conventional wavelength division multiplexer, the filter is fixed at the end of the GRIN lens. Consequently, the angle between the filter and the incident light is fixed. This angle is approximately two degrees. Although such a conventional wavelength division multiplexer can separate a composite signal into its components, the pass band of the filter is fixed. The pass band is the range of wavelengths transmitted by the filter. Consequently, the filter for each channel must be manufactured to have the correct pass band for that channel. The filter itself will, therefore, be subject to tighter specifications in order to ensure that the appropriate portion of the signal is transmitted. The tighter specifications make the filter more expensive. In addition, there may be cross-talk between the incoming composite signal and the portion of the composite signal that is not transmitted by the filter.

2

In another conventional wavelength division multiplexer, the filter is not affixed at the end of the GRIN lens. Thus, the angle between the GRIN lens and the filter can be adjusted in order to tune the pass band of the filter so that the filter transmits light of the appropriate wavelength. As this angle is adjusted, the angle of incidence between the direction of propagation of the composite signal and a direction approximately perpendicular to the surface of the filter is changed. Changing the angle of incidence changes a central wavelength. The central wavelength is the wavelength around which light transmitted by the filter is centered. Consequently, the filter can be tuned so that the central wavelength is the appropriate wavelength for a desired channel.

Although the filter can be tuned by adjusting the angle between the filter and the GRIN lens, the angle used is typically relatively large. The band with of the filter's pass band decreases at higher angles. The insertion loss for the filter is also increased. In addition, light polarized in the S direction is transmitted differently from light polarized in the P directions. As a result, the polarization dependent loss is dramatically increased.

Accordingly, what is needed is a system and method for tuning a filter, particularly in a wavelength division multiplexer, which does not result in high insertion loss and a high polarization dependent loss. The present invention addresses such a need.

### SUMMARY OF THE INVENTION

The present invention provides a method and system for providing a wavelength division multiplexer. The method and system comprise providing a first fiber for carrying an optical signal. The first optical signal includes a plurality of channels. The method and system further comprise providing a holder and providing a filter. The holder has an end and an axis. The holder receives the first fiber. The first fiber and the axis are separated by approximately a distance. The optical signal has an angle of incidence with the filter. The method and system further comprise selecting the distance to tune the angle of incidence so that the filter transmits a substantial portion of the first optical signal centered around at least one particular wavelength. In another aspect, the present invention provides a method and system for filtering an optical signal. In this aspect, the method and system comprise providing a first fiber for carrying the optical signal. The method and system further comprise providing a holder and providing a filter. The holder has an end and an axis. The holder receives the first fiber. The first fiber and the axis are separated by approximately a distance. The optical signal has an angle of incidence with the filter. The method and system further comprise selecting the distance to tune the angle of incidence so that the filter transmits a substantial portion of the first optical signal centered around at least one particular wavelength.

According to the system and method disclosed herein, the present invention provides a wavelength division multiplexer having improved insertion loss and decreased polarization dependent losses.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a block diagram of a conventional wavelength division multiplexer having a fixed filter

FIG. 1B is a block diagram of another conventional wavelength division multiplexer having a fixed filter.

FIG. 1C is a block diagram of another conventional wavelength division multiplexer having a tunable filter.

**Exhibit D**

6,084,994

3

FIG. 2 is a wavelength division multiplexer in accordance with the present invention.

FIG. 3 is a block gram of an alternate embodiment of a holder in accordance with the present invention.

FIG. 4 is a flow chart depicting a method for separating the composite signal into its channels in accordance with the present invention.

FIG. 5 is a block diagram of an alternate embodiment of a wavelength division multiplexer in accordance with the present invention.

FIG. 6 is a block diagram of another alternate embodiment of a wavelength division multiplexer and isolator combination in accordance with the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to an improvement in optical technology. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the preferred embodiment will be readily apparent to those skilled in the art and the generic principles herein may be applied to other embodiments. Thus, the present invention is not intended to be limited to the embodiment shown but is to be accorded the widest scope consistent with the principles and features described herein.

FIG. 1A depicts one embodiment of a conventional wavelength division multiplexer ("WDM") 10 which utilizes filter technology. As depicted in FIG. 1A, the conventional WDM 10 is used to isolate the channels of a composite signal carried on optical fiber 12 having a plurality of channels. Each channel has a different wavelength.

The composite signal is input from the fiber 12 which is held in place by a capillary 14. The combination signal is transmitted to a graduated index of refraction (GRIN) lens 16 which collimates the composite signal. After collimation, the composite signal is transmitted to a filter 18. The filter 18 is typically affixed to the GRIN lens 16. The filter 18 transmits light in a pass band. The pass band is centered around a central wavelength. The transmitted light passes through a second GRIN lens 20 to a second fiber 24 held in place by a second capillary 22. The remainder of the signal is reflected off of the filter 18 and transmitted back through the GRIN lens 16 to the fiber 13 held in place in the capillary 14. Consequently, a first channel can be isolated on the fiber 24. If the remaining signal on the fiber 13 is transmitted to another WDM, not shown, similar to the WDM 10, another channel can be isolated.

FIG 1B depicts another embodiment of a conventional WDM 10' having a fixed filter. The conventional WDM 10' is similar to conventional WDM 10. Consequently, the components of conventional WDM 10' having similar function to components of the conventional WDM 10 are labeled similarly. The conventional WDM 10' also includes an isolator 19 for suppressing back reflections of the light signal.

Although the WDMs 10 and 10' are capable of isolating a channel of the composite signal on the fibers 24 and 24', respectively, one of ordinary skill in the art will readily recognize that there are several drawbacks to the WDMs 10 and 10'. The fibers 12 and 13, and the fibers 12' and 13', are placed in very close proximity in the capillary 14 and 14', respectively. Ideally, there would be no separation between the fibers 12 and 13 and between the fibers 12' and 13'. As

4

a result, there is cross-talk between the fibers 12 and 13. For similar reasons, there is cross-talk between the fibers 12' and 13'. In other words, the directivity of the WDM 10 and the WDM 10' is relatively low. In addition, because the filters 18 and 18' are fixed in place, the central wavelength of the pass band of the filter 18 and the filter 18' cannot be tuned. Consequently, a filter 18 or 18' must be chosen so that the pass band, as manufactured, is capable of isolating the appropriate channel.

FIG. 1C is a block diagram of another conventional WDM 50 which utilizes filter technology. As depicted in FIG. 1C, the conventional WDM 50 is used to isolate the channels of a composite signal carried on optical fiber 52 having a plurality of channels. The composite signal is input from the fiber 52 which is held in place by a capillary 54. The combination signal is transmitted to a graduated index of refraction (GRIN) lens 56 which collimates the composite signal. After collimation, the composite signal is transmitted to a filter 58. The filter 58 transmits light in a pass band. The pass band is centered around a central wavelength. The transmitted light passes through a second GRIN lens 60 to a second fiber 64 held in place by a second capillary 62. The remainder of the signal is reflected off of the filter 58 and transmitted through the third GRIN lens 66 to the fiber 70 held in place in the third capillary 68. Consequently, a first channel can be isolated on the fiber 64. If the remaining signal on the fiber 70 is transmitted to another WDM, not shown, similar to the WDM 70, another channel can be isolated.

Note that the WDMs 10 and 50 can also be used to combine signals input through the fibers 12 and 70, respectively, with signals input through the fibers 24 and 64, respectively. The signals input through the fibers 24 and 64 are transmitted by the filters 18 and 58, respectively. The signals input through the fibers 13 and 70, respectively, are reflected by the filters 18 and 58, respectively. In addition, note that the filters 18 and 58 are not ideal. Consequently, although a substantial amount of the light centered around the central wavelength is transmitted by the filters 18 and 58, there may be some losses associated with each of the filters 18 and 58.

The pass band of the filter 18 in the conventional WDM 50 can be tuned to a particular central wavelength. In the conventional WDM 50, the angle between the GRIN lens 56 and the filter 58 is adjusted to tune the filter 58 central wavelength, the wavelength around which the transmitted light is centered. As this angle is adjusted, the angle of incidence, phi, between the direction of propagation of the composite signal and a direction normal to the surface of the filter is changed. Typically, the angle of incidence is relatively large. For example, in some conventional WDMs 50, the angle of incidence may be varied from approximately eight degrees to approximately ten degrees. Changing the angle of incidence changes a central wavelength of the pass band. The range through which the angle of incidence can be varied is related to the range of central wavelengths for which the pass band can be tuned. Consequently, the pass band of the filter can be tuned so that the central wavelength is the appropriate wavelength for a desired channel. As a result, the WDM 50 can be tuned to select the appropriate channel to be provided over the fiber 64. In addition, the conventional WDM 50 has higher directivity because there is a large separation between the fiber 52 in the capillary 54 and the fiber 70 in the capillary 68.

Although the central wavelength can be tuned by adjusting the angle between the filter 58 and the GRIN lens 56, one of ordinary skill in the art will readily recognize that the

6,084,994

<table>
<tr><td>

**5**

bandwidth of the pass band (the transmitted light) decreases at higher angles of incidence. The bandwidth is the width of the pass band around the central wavelength. The angle of incidence, which is proportional to the angle between the GRIN lens 56 and the filter 58, is relatively large in the conventional WDM 50. Consequently, the insertion loss for the filter 58 is increased as the angle between the filter 58 and the GRIN lens 56 is increased. One of ordinary skill in the art will also realize that an increase in the angle between the filter 58 and the GRIN lens 56 increases the difference in transmission of the vertical and horizontal components of the polarization of the optical signal. As a result, the polarization dependent loss is dramatically increased.

The present invention provides a method and system for providing a wavelength division multiplexer. The method and system comprise providing a first fiber for carrying a first optical signal. The first optical signal includes a plurality of channels. The method and system further comprise providing a holder, a lens, and a filter. The holder has an end and an axis. The holder receives the first optical fiber. The first optical fiber and the axis are separated by approximately a distance. The lens has a first side and a second side. The lens is for collimating the first optical signal. The first side of the lens is located proximate to the end of the holder. The filter is located proximate to the second side of the lens with respect to the lens. The first optical signal has a first angle of incidence with the filter. The method and system further comprise selecting the distance to tune the first angle of incidence so that the filter transmits a substantial portion of the first optical signal centered around a particular wavelength.

The present invention will be described in terms of a WDM using filter technology. However, one of ordinary skill in the art will readily recognize that this method and system will operate effectively for other types of WDMs or other optical technology which employ filters. For example, the present invention could be utilized in a WDM combined with other components, such as an isolator. Similarly, the present invention could be used in a tap coupler, which uses a tap filter to transmit only a certain fraction of the total light signal.

To more particularly illustrate the method and system in accordance with the present invention, refer now to FIG. 2 depicting a block diagram of one embodiment of a WDM 100 in accordance with the present invention. The WDM 100 will be described in terms of isolating a channel of a composite signal input through a fiber 102. However, the WDM 100 could be used to combine signals or isolate a larger number of channels.

A composite signal having multiple channels is input to the WDM 100 via the fiber 102. The fiber 102 is carried by a holder 110. In a preferred embodiment, the holder 110 is a capillary. The holder 110 includes an axis 111. The fiber 102 passes through the holder 110 at a distance of approximately d from the axis 111. The composite signal is then transmitted through a lens 120 which collimates the signal. The lens 120 is preferably a GRIN lens. A filter 130 is locate at the exit of the lens 120. In a preferred embodiment, a face of the filter 130 is substantially flush with a face of the lens 120 through which the composite signal exits. However, nothing prevents the filter 130 from being located farther from the lens 120. Also in a preferred embodiment, the angle between the lens 120 and the filter 130 is very small, as depicted in FIG. 2.

The filter 130 transmits a peak of light centered around a central wavelength. Consequently, the pass band of the filter

</td><td>

**6**

130 is centered around the central wavelength. In a preferred embodiment, the WDM 100 is tuned and the filter 130 is selected so that a channel, or group of channels, which a user desires to isolate is centered around the central wavelength. The isolated channel passes through a second lens 140, which is preferably a GRIN lens. The channel is then transmitted by the fiber 160. In addition, the remaining portion of the composite signal not transmitted by the filter 130 is reflected by the filter 130. The remaining portion of the composite signal is reflected off of the filter 130 and transmitted back through the lens 120. The remaining portion of the signal is then transmitted through the fiber 162.

Because the fiber 102 is a distance, d, from the axis 111, the composite signal has an angle of incidence, phi, with the filter 130 after collimation by the lens 120. In addition, the angle of incidence is relatively small. In a preferred embodiment, the angle of incidence is between approximately two degrees and approximately six degrees. The angle of incidence can be changed by changing the distance between the axis 111 and the fiber 102. By changing this distance, the central wavelength of the pass band of the filter 130 can be tuned so that light of desired wavelengths is transmitted by the filter 130. Thus, the incident angle, or central wavelength, of the filter 130 can be tuned while the incident angle remains small. Because the central wavelength can be tuned, the filter 130 need not be extremely accurately manufactured. Consequently, manufacturing of the filter 130 is simplified, and the cost of the filter 130 reduced.

Because the angle of incidence is small, between approximately two degrees and approximately six degrees, the transmission of the two mutually perpendicular components of polarization of the transmitted light is not substantially affected. Consequently, the increase in the polarization dependent loss of the WDM 100 is small. In addition, the bandwidth of the filter 130 is not substantially reduced. As a result, the insertion loss of the filter 130 is not substantially increased despite the fact that the incident angle of the filter 130 is tuned to transmit the desired channel(s). Although the angle of incidence is relatively small, the tunable range of the angle of incidence is similar to the conventional tunable WDM 50. For example, in a preferred embodiment, the angle of incidence can vary between approximately two degrees and approximately six degrees. The range for the angle of incidence in such an embodiment is approximately four degrees. As a result, the range of central wavelengths over which the pass band of the filter 130 can be tuned is still relatively large. Consequently, the insertion loss and polarization dependent loss ("PDL") are reduced by tuning the angle of incidence over a range of angles having a smaller absolute value than in a conventional WDM 50.

In addition, the directivity of the WDM 100 is relatively high. The fiber 102, on which the composite signal is input, and the fiber 162, which carries the portion of the composite signal reflected off of the filter 130, are separated by approximately twice the distance used to tune the filter 130. Because the fiber 102 and 162 are separated, there is relatively little cross talk between the fibers 102 and 162. Consequently, the directivity of the WDM 100 is relatively high.

FIG. 3 depicts an alternate embodiment of the holder 110. The holder 110 has an axis 111. In addition, channels 112, 114, 116, and 118 are provided at distances $d_1$, $d_2$, $d_3$, and $d_4$, respectively. By placing the fiber 102 in the appropriate channel 112, 114, 116, or 118, the appropriate distance for tuning the filter 130 to the desired central wavelength can be chosen.

</td></tr>
</table>

**Exhibit D**

6,084,994

7

FIG. 4 depicts a method 170 for isolating at least one channel of the composite signal used in conjunction with the WDM 100 and the holder 110. The optical signal is provided to the input fiber 102 which is located at the appropriate distance from the central axis 111 via step 172. Thus, the fiber 102 is located in one of the channels 112, 114, 116, or 118. The composite signal is then collimated by the lens 120 via step 174. The composite signal is then provided to the filter 130 via step 176. Because the distance has been properly selected, the filter 130 is tuned to transmit light for the at least one channel. The isolated channel can then be output via step 178.

FIG. 5 depicts an alternate embodiment of a WDM 200 in accordance with the present invention. The WDM 200 includes two input fiber 202 and 204 which pass through the holder 210. The fibers 202 and 204 are distance $d_1$ and $d_2$, respectively, from the central axis 211 of the holder 210. Each fiber 202 and 204 carries a composite signal. The signals from fibers 202 and 204 are transmitted to a lens 220 which collimates both signals. Because of the distances $d_1$ and $d_2$, each composite signal has an angle of incidence with a filter 230. Consequently, the filter 230 is tuned to transmit a light centered around a different wavelength for each of the composite signals. The isolated channels are then transmitted to a second lens 240 and output over the fibers 252 and 254. The portion of the signals input from fibers 202 and 204, respectively, that are reflected by the filter 230 are transmitted to the fibers 258 and 256, respectively. As a result, the WDM 200 is capable of isolating two different channels from two composite signals. In addition, by coupling the fibers 258 and 256 to additional WDMs, the remaining channels of the composite signals can be isolated. Note that although the WDM 200 is depicted as having two input signals, nothing prevents the WDM 200 from having a larger number of input signals where more fibers are provided in the capillary 210.

The WDM 200 possesses the benefits of the WDM 100. Consequently, the WDM 200 has a relatively small angle of incidence, has relatively low PDL, relatively low insertion loss, and relatively high directivity. The cost of the filter 230 is also reduced because the central wavelength can be tuned. Moreover, a WDM 200 can reduce the cost and space required to separate a composite signal into its components signals. At least two signals can be input to each WDM 200, which includes only one filter 230. Since a single filter 230 is used to isolate multiple channels, fewer filters are required. The cost of a filter 230 is relatively high. Requiring fewer filters reduces the cost of the WDM 200. In addition, because a separate WDM 200 is not required for each channel being isolated, the WDM 200 requires less space than a conventional WDM 10 or WDM 50. Thus, the WDM 200 may cost less and require less space.

FIG. 6 depicts another WDM 300 in accordance with the present invention. The WDM 300 is similar to the WDM 100 depicted in FIG. 2. However, the WDM 300 also includes an isolator 338. The WDM 300 possesses the benefits of the WDM 100. Consequently, the WDM 300 has a relatively small angle of incidence, has relatively low PDL, relatively low insertion loss, and relatively high directivity. The cost of the filter 330 is also reduced.

Finally, the method and system can be used in optical technology in which filtering is desirable. The signal desired to be filtered could be input to the system 100 or 200 and used in conjunction with the method 170 to filter the signal. In such a system, the distance would be selected to tune the filter 130 or 230 so that the light transmitted by the filter 130 or 230 includes the signal to be filtered.

8

A method and system has been disclosed for providing a WDM and a filter having improved insertion loss and reduced polarization dependent loss. Although the present invention has been described in accordance with the embodiments shown, one of ordinary skill in the art will readily recognize that there could be variations to the embodiments and those variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

What is claimed is:

1. A system for filtering an optical signal comprising:

a first fiber for carrying an optical signal including a plurality of channels;

a holder having an aperture therein as well as an end and an axis, the holder receiving the first fiber in the aperture, the aperture and the first fiber being separated from the axis by approximately a distance;

a filter which the optical signal impacts at a first angle of incidence after transmission through the first fiber, the filter transmitting a portion of the optical signal centered around at least one particular wavelength; and

an isolator optically coupled with the filter, the isolator preventing a first portion of the portion of optical signal transmitted by the filter from returning to the first fiber,

wherein the distance is selected to tune the first angle of incidence so that the filter transmits the portion of the optical signal centered around the at least one particular wavelength.

2. The system of claim 1 wherein the filter further comprises:

a tap filter for transmitting a particular fraction of the optical signal.

3. The system of claim 2 further comprising:

a lens having a first side and a second side, the lens for collimating the optical signal, the first side of the lens located proximate to the end of the holder; and

wherein the filter is located proximate to the second side of the lens.

4. A wavelength division multiplexer comprising:

a first fiber for carrying an optical signal including a plurality of channels;

a holder having an aperture therein as well as an end and an axis, the holder receiving the first fiber in the aperture, the aperture and the first fiber being separated from the axis by approximately a distance;

a filter which the optical signal impacts at a first angle of incidence after transmission through the first fiber, the filter transmitting a portion of the optical signal centered around at least one particular wavelength; and

an isolator optically coupled with the filter, the isolator preventing a first portion of the portion of optical signal transmitted by the filter from returning to the first fiber;

wherein the distance is selected to tune the first angle of incidence so that the filter transmits the portion of the optical signal centered around the at least one particular wavelength.

5. The wavelength division multiplexer of claim 4 further comprising:

a lens having a first side and a second side, the lens for collimating the optical signal, the first side of the lens located proximate to the end of the holder; and

wherein the filter is located proximate to the second side of the lens.

**Exhibit D**

6,084,994

9

6. The wavelength division multiplexer of claim 5 wherein the first angle is between approximately two degrees and approximately six degrees.

7. The wavelength division multiplexer of claim 6 further comprising:

a second fiber optically coupled with the filter; and

wherein the distance is selectable to tune the first angle of incidence so that the filter transmits a substantial portion of the optical signal centered around one of a plurality of wavelengths and reflects a remaining portion of the optical signal to the second fiber.

8. A wavelength division multiplexer comprising:

a first plurality of fibers, each of the first plurality of fibers for carrying a corresponding optical signal including a plurality of channels;

a holder having a plurality of apertures therein as well as an end and an axis, the holder receiving the first plurality of optical fibers in the plurality of apertures, each of the plurality of apertures and the each of the first plurality of optical fibers being separated from the axis by approximately a corresponding distance;

a filter which each of the corresponding optical signals impact at a corresponding angle of incidence after transmission through each of the first plurality of fibers, the filter transmitting a portion of each of the corresponding optical signals centered around a corresponding wavelength; and

an isolator optically coupled with the filter, the isolator preventing a first portion of the portion of each of the corresponding optical signals transmitted by the filter from returning to the first plurality of fibers;

wherein the corresponding distance is selected to tune the angle of incidence so that the filter transmits the portion of each of the corresponding optical signals centered around the corresponding wavelength.

9. The wavelength division multiplexer of claim 8 further comprising:

a lens having a first side and a second side, the lens for collimating the plurality of optical signals, the first side of the lens located proximate to the end of the holder; and

wherein the filter is located proximate to the second side of the lens.

10. The wavelength division multiplexer of claim 9 wherein each of the corresponding angles is between approximately two degrees and approximately six degrees.

11. The wavelength division multiplexer of claim 10 further comprising:

a second plurality of fibers optically coupled with the filter; and

wherein each of the corresponding distances are selectable to tune the angle of incidence so that the filter transmits a substantial portion of each of the corresponding optical signals centered around the corresponding wavelength and reflects a remaining portion of each of the corresponding optical signals to a particular fiber of the second plurality of fibers.

12. A method for providing a wavelength division multiplexer comprising the steps of:

10

(a) providing at least one fiber for carrying an optical signal including a plurality of channels;

(b) providing a holder having at least one aperture therein as well as an end and an axis, the at least on aperture of the holder receiving the at least one fiber, the at least one aperture and the at least one fiber and the axis being separated by approximately a distance;

(c) providing a filter, the optical signal making a first angle of incidence with the filter after transmission through the at least one fiber, the filter transmitting a portion of the optical signal centered around a particular wavelength;

(d) providing an isolator optically coupled with the filter, the isolator preventing a first portion of the portion of the optical signal transmitted by the filter from returning to the at least one fiber; and

(e) selecting the distance to tune the first angle of incidence so that the filter transmits the portion of the optical signal centered around the particular wavelength.

13. The method of claim 12 further comprising the step of:

(f) providing a lens having a first side and a second side, the lens for collimating the first optical signal, the first side of the lens located proximate to the end of the holder;

wherein the filter is located proximate to the second side of the lens.

14. The method of claim 13 wherein the first angle is between approximately two degrees and approximately six degrees.

15. A method for separating at least one channel from an optical signal having a plurality of channels, the method comprising the steps of:

(a) providing the optical signal over at least one fiber, the at least one fiber being received in a holder having at least one aperture therein as well as an end and an axis, the at least one aperture and the at least one fiber being separated from the axis by approximately a distance;

(b) providing the optical signal to a filter, the optical signal having an angle of incidence with the filter, the filter transmitting a portion of the optical signal centered around a particular wavelength; and

(c) providing the optical signal to an isolator optically coupled with the filter, the isolator preventing a first portion of the portion of the optical signal transmitted by the filter from returning to the at least one fiber; and

such that the distance tunes the angle of incidence so that the filter transmits the portion of the at least one channel of the first optical signal.

16. The method of claim 15 wherein the angle of incidence is between approximately two degrees and approximately six degrees.

17. The method of claim 16 further comprising the step of:

(d) collimating the optical signal through a lens having a first side and a second side, the first side of the lens located proximate to the end of the holder and the second side of the lens located proximate to the filter.

*  *  *  *  *

**Exhibit D**