DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
HEATHER MEWES (CSB NO. 203690)
hmewes@fenwick.com
MARY WANG (CSB NO. 234636)
mwang@fenwick.com
JULIE NOKLEBERG (CSB NO. 247837)
jnokleberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th floor
San Francisco, CA 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

Attorneys for Plaintiffs
O-Net Communications (Shenzhen) Limited, and
Multiwave Digital Solutions, Inc.

ORIGINAL FILED

07 AUG -1 PM 3: 23

RICHARD W. WIEKING
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C07 03964 JCS

| | |
|---|---|
| O-Net Communications (Shenzhen) Limited, and Multiwave Digital Solutions, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Oplink Communications, Inc., <br><br> Defendant. | Case No. <br><br> **NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

This notice is to inform the Court, pursuant to Civil Local Rule 3-13, of an action currently pending before the United States District Court for the Central District of California that involves defendant Oplink Communications, Inc. ("Oplink") and the same patents, but different parties except plaintiff Multiwave Digital Solutions, Inc. The other case, entitled, *Oplink v. O-Net Communications, Ltd., et al.*, No. SACV 07-673 AHS (MLGx) was filed June 7, 2007. However, that action names a number of entities that have not sold any accused products and/or have no relationship to the claims in this case. It also involves unrelated claims for trade secret misappropriation and unfair competition.

NOTICE OF PENDENCY OF OTHER
ACTION OR PROCEEDING

1    Transfer of the present case to the Central District should not occur. First, in its Central District action, Oplink asserts unrelated claims for trade secret misappropriation and unfair competition. It also names 6 defendants that are not parties to this action (many with no connections at all to the facts alleged in the present case or to the Central District case for that matter).

Second, in the Central District action, while Oplink did assert patent infringement claims, it did not name as a defendant O-Net Communications (Shenzhen) Limited ("O-Net Shenzhen"), a plaintiff in the present case here. While Oplink did name two other "O-Net" entities, one of those entities is a holding company that does not make, use or sell the accused products and has no contacts with California, and the other is a company that also did not make, use or sell the accused products and has had no operations at all since March 2005. Neither of the named O-Net entities in the Central District action has any relationship with Multiwave for distribution of any O-Net products.

Finally, venue in the Central District is both improper and inconvenient. None of the entities or individuals that were named in Oplink's Central District action reside or have offices in that district, and the events underlying Oplink's claims occurred in the Northern District – indeed, none of the underlying events occurred in the Central District, and Oplink itself maintains its principal place of business in the Northern District. No defendant in the Central District action has yet responded to the complaint.

Accordingly, despite some superficial similarities between the two actions, this Court should not transfer this action to the Central District.

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING                 2

| | |
|---|---|
| Dated: August 31, 2007 | FENWICK & WEST LLP<br><br>By: _/s/ Darryl Woo/JAN_<br>   Darryl M. Woo<br><br>Attorney for Plaintiffs<br>O-Net Communications (Shenzhen) Limited,<br>and Multiwave Digital Solutions, Inc. |

NOTICE OF PENDENCY OF OTHER
ACTION OR PROCEEDING                              3