1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  HEATHER MEWES (CSB NO. 203690)
   hmewes@fenwick.com
3  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
4  JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th floor
6  San Francisco, CA 94104
   Telephone:   (415) 875-2300
7  Facsimile:   (415) 281-1350

8  Attorneys for Plaintiffs
   O-Net Communications (Shenzhen) Limited, and
9  Multiwave Digital Solutions, Inc.

FILED

2007 AUG -1  P 3: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| O-Net Communications (Shenzhen) Limited, and Multiwave Digital Solutions, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Oplink Communications, Inc., <br><br> Defendant. | Case No. C07-03964 JCS <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|---|---|

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

| | |
|---|---|
| Dated: August 1, 2007 | FENWICK & WEST LLP<br><br>By: _____<br>Darryl M. Woo<br><br>Attorney for Plaintiffs<br>O-Net Communications (Shenzhen) Limited,<br>and Multiwave Digital Solutions, Inc. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS                              2