✎ AO 120 (Rev. 2/99)

| TO:    **Mail Stop 8**<br>**Director of the U.S. Patent & Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court <u>Northern District California</u> on the          ✔ Patents or   ☐ Trademarks:

| DOCKET NO.<br>CV 07-03964 JCS | DATE FILED<br>8/1/07 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, 16ᵗʰ Floor, S.F. CA 94102 | |
|---|---|---|---|
| PLAINTIFF<br> O-NET COMMUNICATIONS (SHEZHEN)<br>LIMITED, ET AL | | DEFENDANT<br> OPLINK COMMUNICATIONS, INC. | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **PLEASE SEE ATTACH COMPLAINT** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED<br>PATENT OR | INCLUDED BY<br>DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>    Richard W. Wieking | (BY) DEPUTY CLERK<br>    Gina Agustine-Rivas | DATE<br>    August 6, 2007 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**