# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

O-Net Communications (Shenzhen) Limited, and
Multiwave Digital Solutions, Inc.

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

Oplink Communications, Inc.

## C07 03964 JCS

TO: (Name and address of defendant)

Oplink Communications, Inc.
c/o Agent for Service of Process
Joe Liu
46335 Landing Parkway
Fremont, CA 94538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DARRYL M. WOO (CSB NO. 100513)
HEATHER N. MEWES (CSB NO. 203690)
MARY WANG (CSB NO. 234636)
JULIE NOKLEBERG (CSB NO. 247837)
Fenwick & West LLP
555 California Street
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 8-1-07

SANDY MORRIS

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　*Date*　　　　　　　　　　　　　　　　*Signature of Server*


_____
*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.