1  DARRYL M. WOO (CSB NO. 100513)
   dwoo@fenwick.com
2  HEATHER N. MEWES (CSB NO. 203690)
   hmewes@fenwick.com
3  MARY WANG (CSB NO. 234636)
   mwang@fenwick.com
4  JULIE NOKLEBERG (CSB NO. 247837)
   jnokleberg@fenwick.com
5  FENWICK & WEST LLP
   555 California Street
6  San Francisco, CA  94104
   Telephone:  (415) 875-2300
7  Facsimile:   (415) 281-1350

8  Attorneys for Plaintiffs
   O-Net Communications (Shenzhen) Limited, and
9  Multiwave Digital Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| O-Net Communications (Shenzhen) Limited, and Multiwave Digital Solutions, Inc., | Case No.:  C07 03964 JCS |
|---|---|
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| Oplink Communications, Inc., | |
| Defendant. | |

The undersigned declares as follows:

I am a citizen of the United States and employed in Santa Clara County, State of California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Fenwick & West LLP, Silicon Valley Center, 801 California Street, Mountain View, California  94041.  On the date set forth below, I served a copy of the following document(s):

    1)  **WAIVER OF SERVICE OF SUMMONS (2 copies);**

    2)  **SUMMONS IN A CIVIL CASE;**

CERTIFICATE OF SERVICE                                                           CASE NO: C07 03964 JCS

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

3) COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF PATENTS;

4) CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;

5) NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING;

6) ORDER SETTING INTIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER; CASE MANAGEMENT CONFERENCE ORDER; ALL MAGISTRATE JUDGES' UNIFORM STANDING ORDER FOR MOTION PRACTICE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;

7) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO OFFICE;

8) ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES;

9) ADR DISPUTE RESOLUTION PROCEDURES HANDBOOK; and

10) ECF REGISTRATION INFORMATION HANDOUT;

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Heidi L. Keefe
Sam O'Rourke
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Tel: 650.213.0300
Fax: 650.213.8158
E-mail: hkeefe@whitecase.com; sorourke@whitecase.com

CERTIFICATE OF SERVICE           2           CASE NO: C07 03964 JCS

☐ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

☐ **BY OVERNIGHT COURIER:** by placing the document(s) listed above in a sealed envelope with a prepaid shipping label for express delivery and causing such envelope to be transmitted to an overnight delivery service for delivery by the next business day in the ordinary course of business.

☐ **BY FACSIMILE:** by causing to be transmitted via facsimile the document(s) listed above to the addressee(s) at the facsimile number(s) set forth above.

☐ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed above.

☒ **BY PERSONAL DELIVERY:** by causing to be personally delivered the document(s) listed above to the addressee(s) at the address(es) set forth above.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: August 2, 2007

_____
Stephanie A. Lim

26120/00401/DOCS/1789354.1

CERTIFICATE OF SERVICE        3        CASE NO: C07 03964 JCS