1  HEIDI L. KEEFE (SBN: 178960)
   Email: hkeefe@whitecase.com
2  MARK WEINSTEIN (SBN: 193043)
   Email: mweinstein@whitecase.com
3  SAM O'ROURKE (SBN: 205233)
4  Email: sorourke@whitecase.com
   WHITE & CASE LLP
5  3000 El Camino Real
   5 Palo Alto Square, 9th Floor
6  Palo Alto, California 94306
7  Telephone:  650/213-0300
   Facsimile:   650/213-8158
8
9  Attorneys for Oplink Communications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| O-NET COMMUNICATIONS (SHENZHEN) LIMITED, MULTIWAVE DIGITAL SOLUTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> OPLINK COMMUNICATIONS, INC., <br><br> Defendant. | Case No. C 07-03964 (MJJ) <br><br> **ADMINISTRATIVE MOTION BY OPLINK COMMUNICATIONS, INC. TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> **[CIVIL L.R. 3-12]** |
| OPLINK COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-NET COMMUNICATIONS (SHENZHEN) LIMITED; MULTIWAVE DIGITAL SOLUTIONS, INC.; CHUNMENG WU, AN INDIVIDUAL, <br><br> Defendants. | Case No. C 07-4582 (JSW) |

Pursuant to Civil Local Rule 3-12, Oplink Communications, Inc. ("Oplink") respectfully submits this Administrative Motion to consider whether the following cases should be deemed related: (1) *O-Net Communications (Shenzhen) Limited et al. v. Oplink Communications, Inc.,* Case No. C 07-03964 (MJJ); and (2) *Oplink Communications, Inc. v. O-Net Communications (Shenzhen) Limited et al.*, Case No. C 07-4582 (JSW).

On June 7, 2007, Oplink filed a complaint against O-Net Communications, Ltd., Multiwave Digital Solutions, Inc., Chunmeng Wu and several other defendants in the Central District of California, Case No. SACV 07-673 AHS (MLGx) ("Central District Action") alleging patent infringement, trade secret misappropriation and unfair competition under California law. On August 24, 2007, Oplink filed a First Amended Complaint in the Central District Action naming as defendants O-Net, Multiwave Digital Solutions, Inc. ("Multiwave") and Chunmeng Wu and alleging causes of action for patent infringement, trade secret misappropriation, breach of the duty of loyalty, unfair competition, breach of contract and intentional interference with contractual relations.

On August 1, 2007, O-Net Communications (Shenzhen) Limited and Multiwave filed a complaint in this district against Oplink for declaratory judgment of non-infringement and invalidity on a subset of the patents asserted by Oplink. The Northern District action is currently assigned to the Honorable Martin J. Jenkins.

Upon stipulation of the parties, on August 29, 2007, the Central District Action was transferred to the Northern District of California. This action is currently assigned Case No. C 07-4582 (JSW). Pursuant to the stipulation of the parties, O-Net and Multiwave are obligated to dismiss the Northern District declaratory relief action upon transfer of the Central District Action. *See* Attachment A.

Dated:   September 14, 2007                     WHITE & CASE LLP

                                                By:   /s/ Heidi L. Keefe

                                                Attorneys for Defendant
                                                Oplink Communications, Inc.