ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 28 2007

CENTRAL DISTRICT OF CALIFORNIA
BY ___

1  HEIDI L. KEEFE (SBN: 178960)
   Email: hkeefe@whitecase.com
2  MARK WEINSTEIN (SBN: 193043)
3  Email: mweinstein@whitecase.com
   SAM O'ROURKE (SBN: 205233)
4  Email: sorourke@whitecase.com
5  WHITE & CASE LLP
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, CA 94306
   Telephone: 650/213-0300
   Facsimile: 650/213-8158

   Attorneys for Plaintiff
   Oplink Communications, Inc.

Priority  X
Send      X
Enter     ___
Closed    ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

LODGED
2007 AUG 27 PM 3:08
CLERK U.S. DISTRICT
CENTRAL DISTRICT
SANTA ANA
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**NOTE CHANGES MADE BY COURT**

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> O-NET COMMUNICATIONS (SHENZHEN) LIMITED; MULTIWAVE DIGITAL SOLUTIONS, INC.; and CHUNMENG WU, an individual, <br><br> Defendants. | Case No. SACV 07-673 AHS (MLGx) <br><br> STIPULATION TRANSFERRING ACTION TO THE NORTHERN DISTRICT OF CALIFORNIA AND [PROPOSED] ORDER THEREON |

DOCKETED ON CM
AUG 29 2007
BY ___ 178

PALOALTO 82422 v1 (2K)

STIPULATION RE TRANSFER TO N.D. CAL.
CASE NO. SACV 07-673 AHS (MLGx)

WHEREAS on June 7, 2007, plaintiff Oplink Communications, Inc. ("Oplink") filed its Complaint in this action ("Central District Action");

WHEREAS on August 1, 2007, Multiwave Digital Solutions, Inc. and O-Net Communications (Shenzhen) Limited filed a separate declaratory judgment suit against Oplink in the Northern District of California, Case No. 07-CV-03964 MJJ ("Northern District Action");

WHEREAS Oplink filed a First Amended Complaint in the Central District Action against O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc. and Chunmeng Wu, removing certain other defendants previously named;

WHEREAS the First Amended Complaint in the Central District Action and the Northern District Action involve substantially similar parties and issues;

WHEREAS defendants named in the original Central District Action indicated that they intended to file a motion challenging venue and jurisdiction;

WHEREAS the parties have met and conferred and have agreed to the Northern District of California as an appropriate venue for this dispute;

WHEREAS O-Net Communications (Shenzhen) Limited, Multiwave Digital Solutions, Inc. and Chunmeng Wu have consented, and hereby consent, to personal jurisdiction in the Northern District of California;

WHEREAS O-Net Communications (Shenzhen) Limited and Multiwave Digital Solutions, Inc. have agreed to dismiss the Northern District Action subsequent to the transfer of this action to the Northern District of California;

NOW THEREFORE, the parties to the above-entitled action, by and through their attorneys of record, hereby stipulate, and request that the Court order that this action be transferred to the Northern District of California.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: August 24, 2007 | WHITE & CASE LLP |
| 3 | | |
| 4 | | By: /s/ Heidi Keefe |
| 5 | | Heidi L. Keefe |
| | | Attorneys for Plaintiff |
| 6 | | |
| 7 | Date: August 27, 2007 | FENWICK & WEST LLP |
| 8 | | |
| 9 | | By: /s/ Heather Mewes |
| 10 | | Heather Mewes |
| | | Attorneys for Defendants |

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be TRANSFERRED to the United States District Court for the Northern District of California, Case # CV07-3964-MJJ.

Dated: AUG 28 2007

/s/ Alicemarie H. Stotler
The Honorable Alicemarie H. Stotler
**CHIEF** United States District Judge

# NOTICE PARTY SERVICE LIST

Case No. SACV 07-673-AHS (MLGx) / ND: CV07-3964-MJJ  Case Title *Oplink Communications v. OpNet Communications*

Title of Document *S/O Transferring Action to Northern District of CA*

| | | | |
|---|---|---|---|
| | Atty Sttlmnt Officer Panel Coordinator | | Statistics Clerk |
| | BAP (Bankruptcy Appellate Panel) | | US Attorneys Office - Civil Division -L.A. |
| | Beck, Michael J (Clerk, MDL Panel) | | US Attorneys Office - Civil Division - S.A. |
| | BOP (Bureau of Prisons) | | US Attorneys Office - Criminal Division -L.A. |
| | CA St Pub Defender (Calif. State PD) | | US Attorneys Office - Criminal Division -S.A. |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | US Bankruptcy Court |
| | Case Asgmt Admin (Case Assignment Administrator) | | US Marshal Service - Los Angeles (USMLA) |
| | | | US Marshal Service - Riverside (USMED) |
| | Catterson, Cathy (9th Circuit Court of Appeal) | | US Marshal Service -Santa Ana (USMSA) |
| | Chief Deputy Admin | | US Probation Office (USPO) |
| | Chief Deputy Ops | | US Trustee's Office |
| | Clerk of Court | | Warden, San Quentin State Prison, CA |
| | Death Penalty H/C (Law Clerks) | | |
| | Dep In Chg E Div | | |
| | Dep In Chg So Div | | |
| | Federal Public Defender | | |
| | Fiscal Section | | |
| | Intake Section, Criminal LA | | |
| | Intake Section, Criminal SA | | |
| | Intake Supervisor, Civil | | |
| | Interpreter Section | | |
| | PIA Clerk - Los Angeles (PIALA) | | |
| | PIA Clerk - Riverside (PIAED) | | |
| | PIA Clerk - Santa Ana (PIASA) | | |
| | PSA - Los Angeles (PSALA) | | |
| | PSA - Riverside (PSAED) | | |
| | PSA - Santa Ana (PSASA) | | |
| | Schnack, Randall (CJA Supervising Attorney) | | |

**X** ADD NEW NOTICE PARTY
(if sending by fax, mailing address must also be provided)

Name: *Clerk's Office U.S.D.C.*
Firm: *Northern District of CA*
Address (*include suite or floor*):
*450 Golden Gate Ave*
*San Francisco, CA 94102*
*E-mail:
*Fax No.:
* For CIVIL cases only

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |

Initials of Deputy Clerk *jun*

G-75 (01/06)  NOTICE PARTY SERVICE LIST