1  HEIDI L. KEEFE (SBN: 178960)
   email: hkeefe@whitecase.com
2  MARK WEINSTEIN (SBN: 193043)
   email: mweinstein@whitecase.coM
3  SAM O'ROURKE (SBN: 205233)
   email: sorourke@whitecase.com
4  WHITE & CASE LLP
   3000 El Camino Real
5  5 Palo Alto Square, 10th Floor
   Palo Alto, CA  94306
6  Telephone:  (650) 213-0300
   Facsimile:   (650) 213-8158
7
   Attorneys for Defendant
8  Oplink Communications, Inc.

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14 O-NET COMMUNICATIONS (SHENZHEN) LIMITED, AND MULTIWAVE DIGITAL SOLUTIONS, INC.,<br><br>           Plaintiffs,<br><br>     v.<br><br>OPLINK COMMUNICATIONS, INC.,<br><br>           Defendant. | Case No.  C 07-3964 MJJ<br><br>**DECLARATION OF SAM C. O'ROURKE, PURSUANT TO CIVIL L.R. 7-11** |
| OPLINK COMMUNICATIONS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>O-NET COMMUNICATIONS (SHENZHEN) LIMITED; MULTIWAVE DIGITAL SOLUTIONS, INC.; CHUNMENG WU, AN INDIVIDUAL,<br><br>           Defendants. | Case No. C 07-4582 JSW |

27

28

---

PALOALTO 83176 v1 (2K)          O'ROURKE DECL. I/S/O DEF'S CIVIL L.R. 3-12 MOTION  CASE NO. C 07-3964 MJJ

I, Sam C. O'Rourke, declare as follows:

1. I am an attorney admitted to practice law in the State of California. I am an attorney in this matter for Defendant Oplink Communications, Inc. ("Oplink"). I make this declaration pursuant to Civil Local Rule 7-11, in support of Oplink's Civil Local Rule 3-12 Administrative Motion To Consider Whether Cases Should Be Related ("Administrative Motion"). The matters set forth in this declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto.

2. This declaration is being flied pursuant to L.R. 7-11 because a stipulation could not be obtained. A stipulation could not be obtained because the relief sought (having the cases deemed related) through the instant Administrative Motion is not the type of relief that can be stipulated to by the parties.

Executed this 14th day of September 2007, in Palo Alto California.

/s/     Sam C. O'Rourke