HEIDI L. KEEFE (SBN: 178960)
Email: hkeefe@whitecase.com
MARK WEINSTEIN (SBN: 193043)
Email: mweinstein@whitecase.com
SAM O'ROURKE (SBN: 205233)
Email: sorourke@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone: 650/213-0300
Facsimile:  650/213-8158

Attorneys for Defendant
Oplink Communications, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| O-Net Communications (Shenzhen) Limited, and Multiwave Digital Solutions, Inc.,<br><br>        Plaintiffs,<br><br>v.<br><br>Oplink Communications, Inc.,<br><br>        Defendant. | Case No. C 07-03964 (MJJ)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION BY OPLINK COMMUNICATIONS, INC. TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[CIV. L.R. 3-12]** |
| Oplink Communications, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>O-Net Communications (Shenzhen) Limited; Multiwave Digital Solutions, Inc.; Chunmeng Wu, an individual,<br><br>        Defendants. | Case No. C 07-4582 (JSW) |

1   The Court, having considered the Administrative Motion By Oplink Communications, Inc. to Consider Whether Cases Should Be Related ("Administrative Motion"), hereby orders as follows:

   1. The Administrative Motion is **GRANTED**.
   2. The Court finds that the following cases are related to each other:
       - *O-Net Communications (Shenzhen) Limited, and Multiwave Digital Solutions, Inc. v. Oplink Communications, Inc.,* Case No. C 07-03964 (MJJ); and;
       - *Oplink Communications, Inc. v. O-Net Communications (Shenzhen) Limited; Multiwave Digital Solutions, Inc.; Chunmeng Wu*, Case No. C 07-4582 (JSW).

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Martin J. Jenkins
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-

[PROPOSED] ORDER GRANTING ADMIN.MOTION RE
RELATING CASES  CASE NO. C 07-3964 (MJJ