DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
HEATHER MEWES (CSB NO. 203690)
hmewes@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

MARY WANG (CSB NO. 234636)
mwang@fenwick.com
JULIE NOKLEBERG (CSB NO. 247837)
jnokleberg@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Plaintiffs
O-Net Communications (Shenzhen) Limited and
Multiwave Digital Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O-Net Communications (Shenzhen) Limited and Multiwave Digital Solutions, Inc.,<br><br>  Plaintiffs,<br><br>v.<br><br>Oplink Communications, Inc.,<br><br>  Defendant. | **Case No. CV 07-3964 MJJ**<br><br>**PLAINTIFFS O-NET COMMUNICATIONS (SHENZHEN) LIMITED AND MULTIWAVE DIGITAL SOLUTIONS, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that in light of the transfer to this court of the case styled, "Oplink Communications, Inc. v. O-Net Communications (Shenzhen) Limited et al.," C.D. Cal. Case No. SACV 07-673 AHS (MLGx), now N.D. Cal. No. CV 07-4582 MJJ, which includes substantially the same subject matter as this action, pursuant to Fed. R. Civ. P. 41(a)(1)(i),

1  plaintiffs O-Net Communications (Shenzhen) Limited and Multiwave Digital Solutions, Inc.
2  voluntarily dismiss the above-captioned action without prejudice.

3  Dated: September 27, 2007                FENWICK & WEST LLP

5                                           By:        /s/ Darryl M. Woo
                                                       Darryl M. Woo

7  Attorneys for Plaintiffs
   O-Net Communications (Shenzhen) Limited
   and Multiwave Digital Solutions, Inc.